UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.

COLIN WILLIAMS, *et al.*,

    Defendants.

Case No. 3:22-cv-1349-BJD-LLL

## **SUPPLEMENTAL CERTIFICATION UNDER LOCAL RULE 3.01(g)**

Pursuant to Local Rule 3.01(g), Plaintiff Genard Denez Chestnut files this supplemental certificate of good faith conference in connection with his motion to extend the time to effectuate service on Defendants Robert Brown and Roseanna Singletary and for limited early discovery under Rule 26(d) to help identify their whereabouts. [D.E. 6]. On March 13, 2023, Plaintiff's counsel conferred via email with Liane LaBouef, counsel for Defendants Colin Williams, Robert Atteberry, and Steven Lola, who stated Defendants Williams, Atteberry, and Lola do not oppose the relief requested in that motion.

Dated: March 13, 2023.

                              Respectfully submitted,

                              SLATER LEGAL PLLC

                              */s/ James M. Slater*
                              James M. Slater (FBN 111779)
                              113 S. Monroe Street

Tallahassee, Florida 32302
Tel. (305) 523-9023
james@slater.legal

-and-

LAW OFFICE OF JAMES COOK
James V. Cook (FBN 0966843)
314 W. Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
cookjv@gmail.com

*Attorneys for Plaintiff*