UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GENARD DENEZ CHESTNUT,**

    **Plaintiff,**

v.    Case 3:22-CV-1349-BJD-LL

**COLIN WILLIAMS, ROBERT BROWN,**
**STEVEN LOLA, ROBERT ATTEBERRY,**
**ROSEANNA SINGLETARY,**
**KATHERINE BURGIN, individually,**

    **Defendants,**
_____/

## NOTICE OF APPEARANCE

The undersigned hereby files this Notice of Appearance as counsel of record for Defendant STEVEN LOLA in the above-referenced case. Please direct all pleadings, correspondence, and other communications regarding this case to:

Liane S. LaBouef, Esq.
Howell, Buchan, & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Phone: (850) 877-7776
Email: Liane@jsh-pa.com

    Respectfully submitted,

    /s/ *Liane S. LaBouef*
    Liane S. LaBouef, Esq.
    Florida Bar No. 1025198
    Howell, Buchan & Strong

2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Email: Liane@jsh-pa.com
*Attorney for Defendants COLIN
WILLIAMS, ROBERT ATTEBERRY, and
STEVEN LOLA*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of foregoing has been served on all counsel of record by CM/ECF on March 13, 2023.

                                          /s/ *Liane S. LaBouef*
                                          Liane S. LaBouef