United States District Court
Middle District of Florida
Jacksonville Division

**GENARD DENEZ CHESTNUT,**

    **Plaintiff,**

v.                                           **NO. 3:22-cv-1349-BJD-LLL**

**COLIN WILLIAMS, ET AL.,**

    **Defendants.**

_____

### Order

Plaintiff, a state inmate proceeding through counsel, requests an extension of time to serve defendants Brown and Singletary, who he has learned no longer work at the correctional institution where the events giving rise to his claims occurred, doc. 6. He notes the other defendants have been served, *see id.* at 2. *See also* docs. 13-15 (answers).[1] Plaintiff also asks to conduct expedited discovery so he can serve subpoenas on the Florida Department of Corrections and Centurion to "obtain information [that] may aid in attempting to locate [Brown's and Singletary's] current addresses," doc. 6. Finding the cases that plaintiff cites unhelpful or inapposite in demonstrating "good cause" to conduct early discovery, the Court **denies** that request,

---

[1] Plaintiff names six defendants in his complaint, doc. 1. In the motion before the Court, he says all but defendants Brown and Singletary have been served, doc. 6 at 2. Three defendants have answered the complaint. Defendant Burgin has not appeared, and plaintiff has not filed a proof of service for this defendant. *See* Fed. R. Civ. P. 4(l) ("Unless service is waived, proof of service must be made to the court.").

doc. 6. However, the Court **grants** the request for more time to serve defendants Brown and Singletary. Plaintiff must serve these defendants within **20 days** after the close of discovery.

The Court **denies as moot** plaintiff's request for more time to serve defendant Steven Lola, doc. 7; Lola filed an answer on March 13, 2023, doc. 14.

**Ordered** in Jacksonville, Florida on March 21, 2023.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
James Murray Slater, Esquire
James V. Cook, Esquire
Liane S. Labouef, Esquire