# AFFIDAVIT OF PROCESS SERVER

Job # T230535

**Client Info:**
LAW OFFICE OF JAMES COOK
314 West Jefferson Street
Tallahassee, FL 32301

**Case Info:**

**PLAINTIFF:**
GENARD CHESTNUT
-versus-
**DEFENDANT:**
ROBERT ATTEBERRY; ET AL.

USDC MIDDLE DISTRICT OF FLORIDA
Court Division: JACKSONVILLE

Court Case # 3:22-CV-1349-BJD-LLL

**Service Info:**

Received by Rebecca Luna: on February, 20th 2023 at 10:13 AM
Service: I Served KATHERINE BURGIN MEDICAL DEPARTMENT
With: SUMMONS; COMPLAINT
by leaving with Shawn Burgin, SPOUSE CO-RESIDENT

At Residence 1578 N.E. 161ST ST STARKE, FL 32091
Latitude: 29.950406, Longitude: -82.071596

On 3/1/2023 at 08:06 AM
Manner of Service: 1. CO-RESIDENT
SERVICE OF ORIGINAL PROCESS IS MADE BY DELIVERING A COPY OF IT TO THE PERSON TO BE SERVED WITH A COPY OF THE COMPLAINT, PETITION, OR OTHER INITIAL PLEADING OR PAPER OR BY LEAVING THE COPIES AT HIS OR HER USUAL PLACE OF ABODE WITH ANY PERSON RESIDING THEREIN WHO IS 15 YEARS OF AGE OR OLDER AND INFORMING THE PERSON OF THEIR CONTENTS.

**Served Description: (Approx)**

Age: 40, Sex: Male, Race: White-Caucasian, Height: 5' 9", Weight: 165, Hair: Brown Glasses: No
Other: I served her husband

**Service was Attempted on:**

(1) 2/21/2023 at 10:22 AM, by Rebecca Luna POE: 23916 N.W. 83RD AVENUE, Raiford, FL 32083   Latitude: 30.058614   Longitude:-82.182639
Notes: no longer employed here

(2) 2/27/2023 at 07:37 PM, by Rebecca Luna Loc: 1578 N.E. 161ST ST, Starke, FL 32091   Latitude: 29.950395   Longitude:-82.071249
Notes: no one came to door

I certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server: 
Rebecca Luna

Accurate Serve of Tallahassee
400 Capital Circle SE, Suite 18291
Tallahassee, FL 32301

Client # T230535
Ref # G196004

SUBSCRIBED AND SWORN to before me this 1ST day of MARCH 2023, by Rebecca Luna, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me by:
[X] physical presence [__] online presence.

1 of 2

Job # T230535

_Lorre C. Black_
NOTARY PUBLIC for the state of Florida



LORRE C. BLACK
MY COMMISSION # GG 366854
EXPIRES: December 13, 2023
Bonded Thru Notary Public Underwriters




2 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| GENARD CHESTNUT <br><br> *Plaintiff* <br> v. <br> ROBERT ATTEBERRY, et al, <br><br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 3:22-cv-1349-BJD-LLL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Katherine Burgin
Medical Department
Florida State Prison
23916 N.W. 83rd Avenue
Raiford, FL 32083

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JAMES V. COOK
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
850 222-8080

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

BarbaraRothermel

Date: February 16, 2023

*Signature of Clerk or Deputy Clerk*