**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

Gernard Chestnut

    Plaintiff,

v.                                   **CASE NO.:**  3:22-cv-1349-BJD-LLL

Robert Atteberry, etc., et al.

    Defendants.
_____/

## **DEFENDANTS' NOTICE OF APPEARANCE**

    Ethen R. Shapiro of the law firm of Hill Ward Henderson gives Notice of Appearance as counsel for Defendant, Katherine Burgin, RN and Roseanne Singletary. The undersigned should be added to all service lists and should be copied on all papers and pleadings in this action. The undersigned also certifies that he is admitted to practice in this Court and is registered with CM/ECF.

## **CERTIFICATE OF SERVICE – CM/ECF**

    **I HEREBY CERTIFY** that on March 22, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a Notice of Electronic filing to counsel of record.

                                         /s/ Ethen R. Shapiro
                              Ethen R. Shapiro (FBN 669881)
                              David W. Hughes (FBN 91482)
                              Hill Ward Henderson
                              P.O. Box 2231
                              Tampa, FL 33601-2231
                              (813)221-3900 / (813)221-2900 - facsimile
                              Ethen.shapiro@hwhlaw.com
                              David.hughes@hwhlaw.com
                              *Attorneys for Defendants Katherine Burgin and Roseanne Singletary*