**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

Gernard Chestnut

    Plaintiff,

v.                              **CASE NO.:**  3:22-cv-1349-BJD-LLL

Robert Atteberry, etc., et al.

    Defendants.
_____/

## DEFENDANT'S MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S COMPLAINT

    Defendant, Katherine Burgin, by and through undersigned counsel, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, move for a thirty (30) day extension of time to respond to Plaintiff's Complaint and in support thereof, Defendant states:

    1.    Plaintiff, Gernard Chestnut, is an inmate, sentenced to life, currently housed at Union Correctional Institution.

    2.    Plaintiff filed his Complaint (Doc. 1) on December 7, 2022 pertaining to allegations while housed at Florida State Prison.

    3.    Defendant Katherine Burgin was served with a summons on March 1, 2023. (Doc. 18).

    4.    According to the Summons served, Defendant Burgin must provide a response to the Complaint by March 21, 2023.

5. Undersigned counsel was just recently retained and have entered appearances on behalf of Defendant Burgin and Singletary[1]. (Docs. 20 and 21).

6. Undersigned counsel is in the initial process of obtaining Plaintiff's entire correctional file including his medical, grievance, and administrative records in order to properly evaluate this claim and determine an appropriate response to the Complaint.

7. Therefore, Defendant Burgin requests a thirty (30) day extension of time to respond to the Complaint.

8. This request is made in good faith and not for the purposes of delay.

9. The requested extension of time will not prejudice any party nor will it cause significant delay in the prosecution of this action.

**WHEREFORE**, Defendants Burgin respectfully requests that the Court enter an Order allowing a thirty (30) day extension of time to respond to Plaintiff's Complaint, together with such other and further relief as the Court deems just and appropriate.

## CERTIFICATE OF SERVICE – CM/ECF

**I HEREBY CERTIFY** that on March 22, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a Notice of Electronic filing to counsel of record.

    /s/ Ethen R. Shapiro
Ethen R. Shapiro (FBN 669881)
David W. Hughes (FBN 91482)
Hill Ward Henderson
P.O. Box 2231
Tampa, FL 33601-2231
(813)221-3900 / (813)221-2900 - facsimile
Ethen.shapiro@hwhlaw.com
David.hughes@hwhlaw.com
*Attorneys for Defendants Katherine Burgin and Roseanne Singletary*

---

[1] Defendant Singletary has not yet been served with the Complaint.