# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

Gernard Chestnut

    Plaintiff,

v.                                     **CASE NO.:** 3:22-cv-1349-BJD-LLL

Colin Williams, etc., et al.

    Defendants.

_____/

## DEFENDANT'S CERTIFICATE OF NON-OBJECTION TO MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Katherine Burgin, RN, by and through undersigned counsel, hereby advises this Honorable Court that counsel for Plaintiff, James M. Slater, Esquire, does not and will not oppose Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint filed on March 22, 2023 (Doc. 22).

**WHEREFORE**, Defendant, Katherine Burgin, RN, files this Certificate of Non-Objection to Doc. 22 to advise the Court that counsel for Plaintiff will not oppose Nurse Burgin's Motion for Extension of Time to Respond to Plaintiff's Complaint.

-2-

**CERTIFICATE OF SERVICE – CM/ECF**

**I HEREBY CERTIFY** that on March 24, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a Notice of Electronic filing to counsel of record.

      /s/ David W. Hughes
Ethen R. Shapiro (FBN 669881)
David W. Hughes (FBN 91482)
Hill Ward Henderson
P.O. Box 2231
Tampa, FL 33601-2231
(813)221-3900
(813)221-2900 - facsimile
Ethen.shapiro@hwhlaw.com
David.hughes@hwhlaw.com
*Attorneys for Defendants Katherine Burgin and Roseanne Singletary*