United States District Court
Middle District of Florida
Jacksonville Division

**GENARD DENEZ CHESTNUT,**

    Plaintiff,

v.                                                       No. 3:22-cv-1349-BJD-LLL

**COLIN WILLIAMS, ET AL.,**

    Defendants.

_____

### Order Granting Motion for Extension of Time

The Court **grants** defendant Burgin's unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, docs. 22, 23. Defendant Burgin must respond on or before **April 20, 2023**.

**Ordered** in Jacksonville, Florida on April 3, 2023.

                                                                LAURA LOTHMAN LAMBERT
                                                                United States Magistrate Judge

c:
James Murray Slater, Esquire
James V. Cook, Esquire
Liane S. Labouef, Esquire
Ethen Rubin Shapiro, Esquire
David William Hughes, Esquire