UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.

COLIN WILLIAMS, *et al.*,

    Defendants.

Case No. 3:22-cv-1349-BJD-LLL

## SUPPLEMENTAL CERTIFICATION UNDER LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), Plaintiff files this supplemental certificate in connection with the parties'[1] joint motion to transfer. [D.E. 19]. On April 4, 2023, Ethen Shapiro, counsel for Defendants Burgin and Singletary, noted his lack of opposition to the joint motion to transfer.

Dated: April 4, 2023.

Respectfully submitted,

SLATER LEGAL PLLC

*/s/ James M. Slater*
James M. Slater (FBN 111779)
113 S. Monroe Street
Tallahassee, Florida 32302
Tel. (305) 523-9023
james@slater.legal

---

[1] At the time of filing, counsel for Defendants Burgin and Singletary had not yet appeared. [D.E. 18, 20, 21].

-and-

LAW OFFICE OF JAMES COOK
James V. Cook (FBN 0966843)
314 W. Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
cookjv@gmail.com

*Attorneys for Plaintiff*