

**PACER Maintenance: 04/23/2023**

Our systems will undergo maintenance on Sunday, April 23, 2023 , from 6:00 a.m. to 6:00 p.m. ET. Access to certain portions of this site may be temporarily unavailable.

An official website of the United States government.   Here's how you know.   Log in to PACER Systems



Party Search Results

**Search Criteria:** Party Search; Last Name: [Chestnut]; First Name: [Gernard]
**Result Count:** 36 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Chestnut, Gernard | 0:2014stp14714 | Gernard Chestnut v. Kendric Cross | U.S. Court Of Appeals, Eleventh Circuit | 10/16/2014 | 12/17/2014 |
| Chestnut, Gernard | 0:2018stp11920 | Gernard Chestnut v. Attaberry, et al | U.S. Court Of Appeals, Eleventh Circuit | 05/08/2018 | 05/30/2018 |
| Chestnut, Gernard | 0:2021stp11697 | Gernard Chestnut v. J. Neel, et al | U.S. Court Of Appeals, Eleventh Circuit | 05/18/2021 | 09/20/2021 |
| Chestnut, Gernard | 0:2021stp12893 | Gernard Chestnut v. Warden, et al | U.S. Court Of Appeals, Eleventh Circuit | 08/20/2021 | 02/16/2022 |
| Chestnut, Gernard | 0:2021op14488 | Gernard D. ChestnutIn re: Gernard D. Chestnut | U.S. Court Of Appeals, Eleventh Circuit | 12/27/2021 | 02/23/2022 |
| Chestnut, Gernard | 0:2022stp14063 | Gernard Chestnut v. Secretary, Florida Department of Corrections | U.S. Court Of Appeals, Eleventh Circuit | 12/06/2022 | |
| Chestnut, Gernard (pla) | 3:2015cv01173 | Chestnut v. Mason et al | Florida Middle District Court | 10/01/2015 | 10/08/2015 |
| Chestnut, Gernard (pla) | 3:2015cv01270 | Chestnut v. Officer Thompson et al | Florida Middle District Court | 10/23/2015 | 11/13/2015 |
| Chestnut, Gernard (pla) | 3:2015cv01343 | Chestnut v. Mangus et al | Florida Middle District Court | 11/09/2015 | 11/16/2015 |
| Chestnut, Gernard (pla) | 3:2017cv00307 | Chestnut v. Secretary, Florida Department of Corrections et al | Florida Middle District Court | 03/16/2017 | 03/16/2017 |
| Chestnut, Gernard (pla) | 3:2017cv00424 | Chestnut v. McKinney et al | Florida Middle District Court | 04/11/2017 | 04/12/2017 |
| Chestnut, Gernard (pla) | 3:2018cv00489 | Chestnut v. Attaberry | Florida Middle District Court | 04/13/2018 | 04/26/2018 |
| Chestnut, Gernard (pla) | 3:2018cv00615 | Chestnut v. Gillespie et al | Florida Middle District Court | 05/07/2018 | 05/09/2018 |
| Chestnut, Gernard (pla) | 3:2018cv00631 | Chestnut v. Knight et al | Florida Middle District Court | 05/11/2018 | 05/17/2018 |
| Chestnut, Gernard (pla) | 3:2018cv00875 | Chestnut v. Attaberry et al | Florida Middle District Court | 07/13/2018 | 07/17/2018 |
| Chestnut, Gernard (pla) | 3:2018cv01082 | Chestnut v. Cauthisberger et al | Florida Middle District Court | 09/10/2018 | 09/12/2018 |
| Chestnut, Gernard (pla) | 3:2018cv01171 | Chestnut v. Weems et al | Florida Middle District Court | 10/02/2018 | 10/10/2018 |
| Chestnut, Gernard (pla) | 3:2019cv01479 | Chestnut v. Captain Brown et al | Florida Middle District Court | 12/26/2019 | 01/14/2020 |
| CHESTNUT, GERNARD D (pla) | 3:2020cv05918 | CHESTNUT v. NEEL | Florida Northern District Court | 10/30/2020 | 04/30/2021 |
| CHESTNUT, GERNARD D (pla) | 3:2021cv00043 | CHESTNUT v. SANTA ROSA CORRECTIONAL INSTITUTION | Florida Northern District Court | 01/06/2021 | 02/02/2021 |
| CHESTNUT, GERNARD D (pla) | 4:2022cv00465 | CHESTNUT v. ROSE et al | Florida Northern District Court | 12/23/2022 | |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Chestnut, Gernard (pla) | 3:2021cv00013 | Chestnut v. Allen et al | Florida Middle District Court | 01/07/2021 | 01/20/2021 |
| Chestnut, Gernard Denez (pla) | 3:2018cv01302 | Chestnut v. Gillespie et al | Florida Middle District Court | 11/05/2018 | 11/14/2019 |
| Chestnut, Gernard Denez (pla) | 3:2018cv01505 | Chestnut v. Lola et al | Florida Middle District Court | 12/21/2018 | 01/08/2019 |
| Chestnut, Gernard Denez (pla) | 3:2022cv01437 | Chestnut v. Rulevitch et al | Florida Middle District Court | 12/29/2022 | |
| CHESTNUT, GERNARD DENEZ (pla) | 4:2011cv00225 | CHESTNUT v. PETERSEN | Florida Northern District Court | 05/19/2011 | 03/31/2014 |
| CHESTNUT, GERNARD DENEZ (pla) | 4:2011cv00232 | CHESTNUT v. TAMAYO | Florida Northern District Court | 05/23/2011 | 07/11/2011 |
| CHESTNUT, GERNARD DENEZ (pla) | 4:2011cv00305 | CHESTNUT v. MCCLENDON | Florida Northern District Court | 06/21/2011 | 01/24/2014 |
| CHESTNUT, GERNARD DENEZ (pla) | 4:2012cv00551 | CHESTNUT v. EAGEN | Florida Northern District Court | 10/16/2012 | 02/19/2013 |
| CHESTNUT, GERNARD DENEZ (pla) | 4:2014cv00403 | CHESTNUT v. ROSS | Florida Northern District Court | 08/01/2014 | 09/11/2014 |
| CHESTNUT, GERNARD DENEZ (pla) | 3:2015cv00046 | CHESTNUT v. CARR et al | Florida Northern District Court | 02/12/2015 | 06/19/2015 |
| CHESTNUT, GERNARD DENEZ (pla) | 3:2015cv00069 | CHESTNUT v. BURKE et al | Florida Northern District Court | 02/26/2015 | 07/21/2015 |
| CHESTNUT, GERNARD DENEZ (pla) | 3:2021cv00827 | CHESTNUT v. LEAVINS | Florida Northern District Court | 06/04/2021 | 07/24/2021 |
| CHESTNUT, GERNARD DENEZ (pet) | 4:2018cv00120 | CHESTNUT v. DIXON | Florida Northern District Court | 03/01/2018 | 11/07/2020 |
| CHESTNUT, GERNARD DENEZ (pla) | 3:2020cv05679 | CHESTNUT v. WALKER et al | Florida Northern District Court | 07/24/2020 | 03/05/2021 |
| CHESTNUT, GERNARD DENEZ (pla) | 3:2021cv00944 | CHESTNUT v. LEAVINS et al | Florida Northern District Court | 08/05/2021 | 11/18/2021 |

| PACER Service Center | | 04/20/2023 13:57:44 |
|---|---|---|
| User | Hwhfirm101 | |
| Client Code | tak.020237.000068 | |
| Description | All Court Types Party Search | |
| | All Courts; Name Chestnut, Gernard; All Courts; Page: 1 | |
| Billable Pages | 1 ($0.10) | |

PACER FAQ

Privacy & Security

Contact Us

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov