IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

GERNARD CHESTNUT, DC# 130146,

       Plaintiff,

v.                                Case No.  37-2022-CA-001627

SGT. PUGH, LT. CARTER; OFFICER PRICE;
OFFICER COATES; NURSE A. ROSE;
DR. L. RODRIGUEZ; OFFICER WENTZ;
OFFICER JOHN DOE,

       Defendants.

_____/

### ORDER ON INDIGENCE STATUS

**THIS CAUSE** came before the court upon Plaintiff's "Verified Complaint for Damages and Injunctive Relief," deemed filed on September 6, 2022. (Complaint at 1). Plaintiff filed his affidavit of indigence under Florida Statute § 57.085 on September 22, 2022. (Affidavit for Civil Indigence Status at 1).  The Clerk found Plaintiff to be indigent on September 28, 2022.  However, upon further review the Court declines to adjudicate Plaintiff indigent for purposes of pursuing the current suit for the following reasons:

Pursuant to § 57.085(7), Fla. Stat., "A prisoner who has twice in the preceding 3 years been adjudicated indigent under this section, certified indigent under s. 57.081, or authorized to proceed as an indigent under 28 U.S.C. s. 1915 by a federal court may not be adjudicated indigent to pursue a new suit, action, claim, proceeding, or appeal without first obtaining leave of court.  In a request for leave of court, the prisoner must provide a complete listing of each suit, action, claim, proceeding, or appeal brought by the prisoner or intervened in by the prisoner in any court or other adjudicatory forum in the preceding 5 years."  While Plaintiff has supplied his affidavit of indigence and trust account records required by § 57.085, he incorrectly asserted to the Court in his application for indigency that he has not previously been found indigent, failed to inform the Court of his prior cases wherein he was found indigent, and has failed to request leave to proceed as indigent in the instant case.  (Affidavit for Civil Indigence Status at 2).  Furthermore, based on Plaintiff Gernard Chestnut's filing history with this Court, the Court finds that it would be inappropriate to grant him indigency in the instant case.  During the three years preceding this order, Plaintiff has initiated fifteen cases with this Court[1], and has sought to be adjudicated as indigent in fourteen of

---

[1] One of Plaintiff's cases, case number 37-2021-CA-1455, was transferred to Leon County Court where it was filed as Case Number 37-2022-SC-83. No action has been taken in said case in regard to his indigency.

said cases[2].  In four of such cases, the cases were dismissed or transferred before an indigency determination could be made.[3]  Plaintiff was determined to be indigent pursuant to § 57.081 in two Small Claims actions[4], adjudicated as indigent and liened pursuant to § 57.085 in one non-collateral criminal mandamus petition and three civil tort actions[5], and has been found indigent by the Clerk's Office and awaits this Court's order upon his indigency status in a further four civil tort actions, including the instant case[6].  See Court's Exhibits A, B.  Of Plaintiff's pending cases, the six most recent cases were all filed in the three months preceding this order.  Id.  The Court finds that Plaintiff has abused the right of access to the courts and further leave of court to continue filing civil actions without paying costs is inappropriate. See, Maddrie v. Colton, 998 So. 2d 668 (Fla. 4th DCA 2009).

Based on the foregoing, the Court finds that granting Plaintiff leave to continue as indigent is inappropriate at this time and declines to find him indigent in the instant case. The Clerk of Court is **DIRECTED** to advise Plaintiff of the applicable filing fees. Plaintiff has **thirty (30) days** to file the appropriate filing fees or this matter will be dismissed without prejudice. See Sussman v. Department of Corrections, 257 So. 3d 604 (Fla. 1st DCA 2018). This matter is stayed pending resolution of this issue.

**DONE AND ORDERED** on this 7th day of December 2022.

JOHN C COOPER
Circuit Judge

**Copies to:**

**Gernard Chestnut, DC# 130146**
Union Correctional Institution
P.O. Box 1000
Raiford, Florida 32083

---

[2] Plaintiff's most recent case, 37-2022-CA-2064 was filed on November 11, 2022, and it is not yet apparent if he intends to seek to be determined as indigent.
[3] Plaintiff sought indigency in Leon County Case Numbers 37-2021-CA-1118 and 37-2022-CA-1168, but said cases were dismissed due to his failure to timely file his indigency paperwork. Case number 37-2021-CA-1455 was transferred to County Court and Case Number 37-2022-CA-247 was voluntarily dismissed, both before a determination could be made on Plaintiff's indigency status.
[4] Leon County Case Numbers 37-2020-SC-1094 ; 37-2021-SC-2909
[5] Leon County Case Numbers 37-2020-CA-609, 37-2021-CA-1306, 37-2022-CA-350, and 37-2022-CA-1573, respectively.
[6] Leon County Case Numbers 37-2022-CA-1627, 37-2022-CA-1810, 37-2022-CA-1831, and 37-2022-CA-1837

## EXHIBIT A

ICMS³ - Combo – Second Judicial Help

Search, Calendar, Reports, Work Queue (26), Notes, Links, Settings ...

Form | CHESTNUT, GERNARD × |

DocSearch: _____    Filter: _____

| Case | Party Type | Name | DOB | County | CaseType | File Date ▼ | Status |
|------|-----------|------|-----|--------|----------|-------------|--------|
| Search Case | ▼ | Search Name | Search DO | ▼ | ▼ | Search File | |
| 37-2022-C4-007064 | PLAINTIFF | CHESTNUT, GERNARD D | 08/24/1588 | Leon | CA | 11/7/2022 | OPEN |
| 37-2022-C4-007081 | PLAINTIFF | CHESTNUT, GERNARD D | 08/24/1588 | Leon | CA | 10/17/2022 | OPEN |
| 37-2022-C4-001832 | PLAINTIFF | CHESTNUT, GERNARD D | 08/24/1588 | Leon | CA | 10/17/2022 | OPEN |
| 37-2022-C4-001010 | PLAINTIFF | CHESTNUT, GERNARD D | 08/24/1588 | Leon | CA | 10/13/2022 | OPEN |
| 37-2022-C4-001627 | PLAINTIFF | CHESTNUT, GERNARD D | 08/24/1588 | Leon | CA | 09/14/2022 | OPEN |
| 37-2022-C4-001572 | PLAINTIFF | CHESTNUT, GERNARD D | 08/24/1588 | Leon | CA | 09/06/2022 | OPEN |
| 37-2022-C4-000350 | PLAINTIFF | CHESTNUT, GERNARD D | 08/24/1588 | Leon | CA | 07/28/2022 | OPEN |
| 37-2022-C4-000347 | PLAINTIFF | CHESTNUT, GERNARD D | 08/24/1588 | Leon | CA | 07/08/2022 | OPEN |
| 37-2022-SC-000083 | PLAINTIFF | CHESTNUT, GERNARD D | | SC | CA | 01/04/2022 | OPEN |
| 37-2021-SC-000369 | PLAINTIFF | CHESTNUT, GERNARD D | | SC | SC | 11/09/2021 | OPEN |
| 37-2021-C4-001655 | PLAINTIFF | CHESTNUT, GERNARD D | 08/24/1588 | Leon | CA | 08/18/2021 | CLOS |
| 37-2021-C4-001306 | PLAINTIFF | CHESTNUT, GERNARD D | 08/24/1588 | Leon | CA | 07/26/2021 | CLOS |
| 37-2021-C4-001168 | PLAINTIFF | CHESTNUT, GERNARD D | 08/24/1588 | Leon | CA | 07/01/2021 | CLOS |
| 37-2021-C4-001118 | PLAINTIFF | CHESTNUT, GERNARD D | 08/24/1588 | Leon | CA | 06/24/2021 | CLOS |
| 37-2020-SC-001094 | PLAINTIFF | CHESTNUT, GERNARD DENEZ | | Leon | SC | 05/01/2020 | OPEN |
| 37-2020-C4-006909 | PLAINTIFF | CHESTNUT, GERNARD D | 08/24/1588 | Leon | CA | 03/26/2020 | CLOS |

## EXHIBIT B

Second Judicial Circuit: Leon County Judicial Website

*Hosted By The Leon County Clerk of the Circuit Court and Comptroller/Tyler Technology Group*

**2020 SC 001094 - CHESTNUT, GERNARD DENIEZ vs. INCH, MARK S**

| Schedule Event | Print | e-File | Email | Print Summary |
| --- | --- | --- | --- | --- |

| Summary | History | Dockets | Fees (0) | Payment Plan | Charges | Citations | Events (0) | Document Management | File Record |

◄ Previous (...) Next ► (...)

### SUMMARY

| | |
| --- | --- |
| Judge: JOINER, AUGUSTUS D JR | Case Type: SMALL CLAIMS |
| Case Number: 2020 SC 001094 | Uniform Case Number: 37202SC001094XXXXXX |
| Clerk File Date: 6/16/2020 | Status Date: 6/16/2020 |
| Total Fees Due: 0.00 | Enabling Number: |
| Agency Report Number: | Custody Location: |

Case Type: SMALL CLAIMS MORE THAN $2500.00 BUT NOT MORE THAN $5000

Status: OPEN

Waive Speedy Trial: 

Agency:

### PARTIES

| TYPE | PARTY NAME | ADDRESS | EMAIL | ATTORNEY |
| --- | --- | --- | --- | --- |
| PLAINTIFF | CHESTNUT, GERNARD DENIEZ | DORM 1SC 145 UNION CI PO BOX 1000 RAIFORD, FL 32203 | | |
| DEFENDANT | INCH, MARK S | 651 SOUTH CALHOUN STREET TALLAHASSEE, FL 32100-2500 | | |
| DEFENDANT | INCH, MARK S | 651 SOUTH CALHOUN STREET TALLAHASSEE, FL 32100-2500 | | |

### EVENTS

| DATE | EVENT | JUDGE | LOCATION |
| --- | --- | --- | --- |
| 4/27/2021 09:15 AM | MOTION HEARING | JOINER, AUGUSTUS D JR | COURTROOM ANNEX |
| 4/27/2021 9:30 AM | PRETRIAL SC | JOINER, AUGUSTUS D JR | COURTROOM ANNEX |
| 7/17/2020 9:30 AM | PRETRIAL SC | JOINER, AUGUSTUS D JR | COURTROOM ANNEX |

### OUTSTANDING AMOUNT

| COUNTY CODE | DESCRIPTION | ASSESSMENT | PAID | WAIVED | BALANCE | PAYMENT PLAN / JUDGMENT |
| --- | --- | --- | --- | --- | --- | --- |
| CICSMO_PE | Statement of Claim | $300.00 | $0.00 | $300.00 | $0.00 | Payment Plan |
| | SUMMONS ISSUED | $10.00 | $10.00 | $0.00 | $0.00 | Payment Plan |
| | SUMMONS ISSUED | $10.00 | $10.00 | $0.00 | $0.00 | |
| FEES_CA | NOTICE OF APPEAL TO COUNTY COURT | $100.00 | $100.00 | $0.00 | $0.00 | |
| | | | Total Outstanding: | | $0.00 | |

### RECEIPTS

| DATE | RECEIPT # | APPLIED AMOUNT |
| --- | --- | --- |
| | | No Receipts on Case |

### CASE DOCKETS

| STEP USAGE | CODE | DATE | ENTRY |
| --- | --- | --- | --- |
| | | 11/30/2022 | DCCA FROM DCA 1D22-2074 |
| | | | ORDER FROM DCA WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER, APPELLANT SHALL SHOW CAUSE WHY THIS COURT SHOULD NOT DISMISS THIS APPEAL |
| | | 4/13/2022 | RETURN LETTER TO DC CLERK |
| | | 4/12/2022 | LETTER OF INQUIRY |
| | | | MOTION FOR WAIVER OF FILING FEE AND FOR ISSUANCE OF CERTIFICATE OF INDIGENCY IN COUNTY |
| | | 4/12/2022 | APPEAL RECORD FILED TO DCA 1D22-2074 |
| | | 4/12/2022 | BENCH COPY TO JOINER, RELAY OF ENTRY OF COLLECTIONS RE SERVICE OF COURT DOCUMENT - 2020 SC 001094, CHESTNUT, GERNARD DENIEZ vs. INCH, MARK S WITH 1 ATT |
| | | 4/12/2022 | RECORD ON APPEAL 1D22-2074 |
| | | 4/12/2022 | APPEAL INDEX 1D22-2074 |
| | | 4/12/2022 | CERTIFICATE OF CLERK |
| | | 4/12/2022 | CLERK OF INSOLVENCY E-FILED TO DCA |
| | | 4/12/2022 | EMAIL SENT TO RE ISSUANCE OF COURT DOCUMENT - 2020 SC 001094, CHESTNUT, GERNARD DENIEZ vs. INCH, MARK S WITH 2 ATTACHMENTS ON 4/12/2022, 4:10-4/12/2022 |
| | | 4/12/2022 | AFFIDAVIT OF INSOLVENCY |
| | | 4/12/2022 | APPLICATION FOR CIVIL INDIGENT STATUS - PENDING |
| | | 3/21/2022 | RET. LETTER TO DC DEFENDANT |
| | | 3/18/2022 | NOTICE OF INQUIRY |
| | | 2/07/2022 | MOTION FOR JUDGMENT OF INSOLVENCY |
| | | 2/07/2022 | ORDER FROM DCA OR AND TO THE SUCCEED IN PROPER PAUPER IS CERTIFIED WITHOUT PREJUDICE TO REFILE A PROPER MOTION AND AFFIDAVIT WITH THE LOWER TRIBUNAL TO |
| | | 2/07/2022 | ORDER FROM DCA AFFIDAVIT E-CREATED NOTICE, WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER, A CONTEMPT ORDER OF INSOLVENCY FROM THE LOWER TRIBUNAL |

| SEQ# | IMAGE | CODE | DATE | ENTRY |
|---|---|---|---|---|
| 49 | 1 | DOCA | 2/3/2022 | ORDER FROM DCA 1D21-3303 |
| 48 | 1 | DOCA | 2/3/2022 | ORDER FROM DCA THE COURT [illegible] PETITION FOR WRIT OF MANDAMUS OR REINSTATEMENT OF [illegible] PETITION, DOCKETED JANUARY 5, 2022, AS [illegible] GRANTED, AND REINSTATES THIS CASE. 1D21-3303 |
| 47 | 1 | DOCA | 1/12/2022 | ORDER FROM DCA WITHIN 15 DAYS OF THE DATE OF THIS ORDER, THE APPELLANT SHALL PROPERLY COMPLY WITH THIS COURT'S ORDERS DATED OCTOBER 6, 2021, 1D21-[illegible] |
| 46 | 3 | MOCO | 1/12/2022 | MOTION TO ENFORCE THE DUTY OF THE CLERK |
| 45 | 1 | DOCA | 1/11/2022 | ORDER FROM DCA APPELLEE TO SHOW CAUSE WITHIN 10 DAYS FROM THE DATE OF THIS ORDER WHY THE MOTION TO STAY PROCEEDINGS UNTIL CLERK COMPLETES RECORD [illegible] 10, 2022, SHOULD NOT BE GRANTED. 1D21-2974 |
| 44 | 1 | DOCA | 12/15/2021 | ORDER FROM DCA CAUSE IS HEREBY DISMISSED 1D21-3303 |
| 43 | 1 | DOCA | 12/6/2021 | ORDER FROM DCA THE COURT GRANTS THE MOTION FOR EXTENSION OF TIME, DOCKETED NOVEMBER 8, 2021, AND DENIES ALL OTHER REQUESTED RELIEF. 1D21-2974 |
| 42 | 1 | FOI | 11/1/2021 | ORDER FROM DCA TO PAY FILING FEE OR FILE ORDER OF INSOLVENCY 1D21-3303 |
| 41 | 1 | DCAN | 11/1/2021 | DCA CASE NUMBER 1D21-3303 - WRIT OF MANDAMUS |
| 40 | 1 | OFSC | 10/18/2021 | ORDER FROM SUPREME COURT PETITION FOR WRIT OF MANDAMUS IS HEREBY VOLUNTARILY DISMISSED SC21-1159 |
| 39 | 1 | FOCO | 10/1/2021 | ORDER FROM DCA TO FILE COPY OF ORDER BEING APPEALED |
| 38 | 2 | FOI | 10/1/2021 | ORDER FROM DCA TO PAY FILING FEE OR FILE ORDER OF INSOLVENCY |
| 37 | 1 | DCAN | 10/1/2021 | DCA CASE NUMBER 1D21-2974 |
| 36 | | CCN | 9/30/2021 | CERTIFIED COPY OF NOTICE OF APPEAL E-FILED TO DCA |
| 35 | | EMAIL | 9/30/2021 | EMAIL SENT TO RE SERVICE OF COURT DOCUMENT - 2020 SC 000794, CHESTNUT, [illegible] VS. [illegible] WITH 1 ATTACHMENTS: NOAP-9/27/2021 |
| 34 | 3 | NOAP | 9/27/2021 | NOTICE OF APPEAL - [illegible] |
| 33 | 9 | MOTD | 9/27/2021 | COPY OF MOTION FOR INTERVENTION FROM SUPREME COURT OF FLORIDA |
| 32 | 2 | OFSC | 9/17/2021 | ORDER FROM SUPREME COURT |
| 31 | 1 | OFSC | 9/17/2021 | ORDER FROM SUPREME COURT ACKNOWLEDGMENT OF NEW CASE |
| 30 | 1 | CTMN | 8/30/2021 | COURT MINUTES |
| 29 | 3 | NOH | 8/25/2021 | NOTICE OF HEARING |
| 28 | | INFJ | 8/23/2021 | INSTRUCTIONS FROM JUDGE - PER JUDGE AKINS, PLEASE ADD NOTICE TO DENY DEFENDANT'S MOTION TO DISMISS AND SET TRIAL DATE TO [illegible] HEARING [illegible] 2021 AT 10:15 A.M. AND NOTICE ALL PARTIES. |
| 27 | 4 | MOTD | 8/18/2021 | MOTION TO DENY DEFENDANT'S MOTION TO DISMISS AND SET TRIAL DATE |
| 26 | | EMAIL | 6/29/2021 | EMAIL SENT TO [illegible] RE SERVICE OF COURT DOCUMENT - 2020 SC 000794, CHESTNUT, [illegible] WITH [illegible] ATTACHMENTS [illegible] |
| 25 | 2 | NOH | 6/18/2021 | NOTICE OF HEARING |
| 24 | | ACID | 6/18/2021 | MOTION HEARING SET FOR [illegible]/2021 AT [illegible] AM IN CA1, JUDGE AKINS, AUGUSTUS D III |
| 23 | | INFJ | 6/15/2021 | INSTRUCTIONS FROM JUDGE - PER JUDGE AKINS, PLEASE SET MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR A 30-MINUTE MOTION HEARING AND NOTICE ALL PARTIES. |
| 22 | 13 | MTDM | 6/14/2021 | MOTION TO DISMISS PLAINTIFF'S COMPLAINT |
| 21 | 1 | MDRR | 6/13/2021 | MEDIATION REPORT |
| 20 | 1 | CTMN | 6/13/2021 | COURT MINUTES |
| 19 | 2 | LETR | 6/7/2021 | LETTER OF INQUIRY |
| 18 | 1 | LETR | 5/26/2021 | RETURN LETTER TO D CHESTNUT |
| 17 | 1 | RSSE | 5/24/2021 | RETURN OF SERVICE EXECUTED |
| 16 | 2 | NHQ | 5/24/2021 | LETTER OF INQUIRY |
| 15 | 1 | LETR | 5/18/2021 | RETURN LETTER TO D CHESTNUT |
| 14 | 5 | SUIS | 5/18/2021 | SUMMONS ISSUED / PLACED IN LOCO BOX |
| 13 | | ACID | 5/18/2021 | PRETRIAL SC SET FOR 06/22/2021 AT 9:30 AM IN CA1, JUDGE AKINS, AUGUSTUS D III |
| 12 | 2 | NHQ | 5/17/2021 | LETTER OF INQUIRY |
| 11 | 1 | LETR | 3/8/2021 | RETURN LETTER TO D CHESTNUT |
| 10 | 2 | NHQ | 3/3/2021 | LETTER OF INQUIRY |
| 9 | 1 | LETR | 9/15/2020 | RETURN LETTER |
| 8 | 9 | NHQ | 9/14/2020 | LETTER OF INQUIRY |
| 7 | 1 | CTMN | 7/7/2020 | COURT MINUTES |
| 6 | 2 | ACSI | 6/26/2020 | APPLICATION FOR CIVIL INDIGENT STATUS - INDIGENT |
| 5 | 1 | CFCL | 6/12/2020 | CIVIL FEE LATE LETTER |
| 4 | 5 | SUIS | 6/12/2020 | SUMMONS ISSUED (MAILED TO PLAINTIFF) |
| 3 | | ACID | 6/12/2020 | JUDGE AKINS, AUGUSTUS D III ASSIGNED |
| 2 | | ACID | 6/12/2020 | PRETRIAL SC SET FOR 07/07/2020 AT 9:30 AM IN CA1, JUDGE AKINS, AUGUSTUS D III |
| 1 | 1 | COMP SC | 6/11/2020 | STATEMENT OF CLAIM |

2nd Judicial Circuit: Leon County Judicial Website

2021 SC
002009 -
CHESTNUT,
GERNARD
D vs.
CAPTAIN
RABEN

📅 Schedule Event   🖨 Print   e-File (...)   ✉ Email   Print Summary (...)

Summary | History | Dockets | Rates (0) | Payment Plan | Charges | Citation | Email (4) | Document Management | File Request

‹ Previous | Next ›

▣ SUMMARY

| | | |
|---|---|---|
| Judge: HERLIN, STEPHEN M | Case Type: SMALL CLAIMS | Case Type: SMALL CLAIMS MORE THAN $2500.00 BUT NOT MORE THAN $5000 |
| Case Number: 2021 SC 002009 | Uniform Case Number: 37202150C002009000000X | |
| Clerk File Date: 11/01/2021 | Status Date: 11/01/2021 | Status: OPEN |
| Total Fees Due: 0.00 | Booking Numbers: | Speedy Trial: |
| Agency Report Numbers: | Custody Location: | Agency: |

▣ PARTIES

| TYPE | PARTY NAME | ADDRESS | EMAIL | ATTORNEY |
|---|---|---|---|---|
| PLAINTIFF | CHESTNUT, GERNARD D | UNION CI DOC 123145 PO BOX 1000 RAIFORD, FL 32083 | | |
| DEFENDANT | DEPT OF CORRECTIONS | 501 SOUTH CALHOUN ST TALLAHASSEE, FL 32399 | | |
| DEFENDANT | DEPT OF CORRECTIONS | 501 SOUTH CALHOUN ST TALLAHASSEE, FL 32399 | | |
| DEFENDANT | CAPTAIN RABEN | 501 S CALHOUN ST TALLAHASSEE, FL 32399 | | |
| DEFENDANT | HARNESS, SGT | 501 S CALHOUN ST TALLAHASSEE, FL 32399 | | |

▣ EVENTS

| DATE | EVENT | JUDGE | LOCATION | |
|---|---|---|---|---|
| 11/21/2022 9:30 AM | PRETRIAL SC | HERLIN, STEPHEN M | COURTROOM ANNEX 1 | |
| 9/27/2022 9:30 AM | PRETRIAL SC | HERLIN, STEPHEN M | COURTROOM ANNEX 1 | |
| 6/24/2022 2:30 PM | MOTION HEARING | HERLIN, STEPHEN M | COURTROOM ANNEX 1 | |
| 7/19/2022 2:30 PM | STATUS CONFERENCE | HERLIN, STEPHEN M | COURTROOM ANNEX 1 | |
| 7/19/2022 9:30 AM | PRETRIAL SC | HERLIN, STEPHEN M | COURTROOM ANNEX 1 | |
| 4/29/2022 9:30 AM | PRETRIAL SC | HERLIN, STEPHEN M | COURTROOM ANNEX 1 | |
| 3/14/2022 9:30 AM | PRETRIAL SC | HERLIN, STEPHEN M | COURTROOM ANNEX 1 | |
| 11/21/2021 9:30 AM | PRETRIAL SC | HERLIN, STEPHEN M | COURTROOM ANNEX 1 | |

▣ OUTSTANDING AMOUNT

| COUNT | CODE | DESCRIPTION | ASSESSMENT | PAID | WAIVED | BALANCE | PAYMENT PLAN / JUDGMENT |
|---|---|---|---|---|---|---|---|
| | CLCFSC-SC | STATEMENT OF CLAIM | $300.00 | $0.00 | $300.00 | $0.00 | Payment Plan |
| | SUMISSU | SUMMONS ISSUED | $10.00 | $0.00 | $10.00 | $0.00 | Payment Plan |
| | ESUM | ESUMMONS ISSUED | $10.00 | $0.00 | $10.00 | $0.00 | |
| | | | | | Total Outstanding: $0.00 | | |

▣ RECEIPTS

| DATE | RECEIPT # | APPLIED AMOUNT |
|---|---|---|
| | No Receipts on Case | |

▣ CASE DOCKETS

| SEQUENCE | CODE | DATE | ENTRY |
|---|---|---|---|
| 80 | LETR | 11/21/2022 | LETTER OF INQUIRY |
| 79 | DEER | 11/21/2022 | ORDER DISMISSING DEFENDANT, RICKY BOBBY, FLORIDA DEPARTMENT OF CORRECTIONS |
| 77 | ORDR | 11/21/2022 | ORDER FROM DCA - WITHIN 30 DAYS OF THE DATE OF THIS ORDER, THE PETITIONER SHALL COMPLY WITH THE COURT'S ORDER DATED 6/07/2018, REQUIRING PETITIONER TO FILE A PROPER MOTION AND AFFIDAVIT OF INDIGENCY WITH THE CLERK OF THIS COURT - 1D22-3191 (REMANDED) |
| 76 | COSA | 11/01/2022 | COURT ACTIVITIES |
| 75 | AMCO | 10/25/2022 | AMENDED STATEMENT OF CLAIM |
| 74 | MODO | 10/25/2022 | MOTION TO DENY ANY MOTIONS TO DISMISS FILED BY DEFENDANT |
| 73 | AFFI | 10/12/2022 | AGENCY FOR DEFAULT JUDGMENT |
| 72 | FCN | 10/06/2022 | ORDER FROM DCA TO PAY FILING FEE OR FOR ORDER OF INSOLVENCY |
| 71 | DCAN | 10/06/2022 | DCA CASE NUMBER 1D22-3191 |
| 70 | CTDA | 9/27/2022 | COURT ACTIVITIES |
| 69 | NOIE | 9/27/2022 | NOTICE OF FILING |
| 68 | OIED | 9/27/2022 | PRETRIAL TO SET FOR 11/21/2022 AT 9:30 AM IN CA1, JDG HERLIN, STEPHEN M |

| SEQ#/IMAGE | CODE | DATE | ENTRY |
|---|---|---|---|
| 47 | CRDR | 9/23/2022 | ORDER DENYING MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE |
| 46 | MOCO | 9/21/2022 | DEFENDANTS MOTION TO CONTINUE PRE-TRIAL CONFERENCE |
| 45 | MODD | 9/15/2022 | MOTION TO DENY MOTION TO DISMISS AND SET TRIAL DATE |
| 44 | CTOR | 8/24/2022 | COURT MINUTES |
| 43 | EMAIL | 8/24/2022 | EMAIL SENT TO FOREIGN, RELAY RE DEPT OF CORRECTIONS RE SERVICE OF COURT DOCUMENT |
| 42 | NOH3 | 8/24/2022 | NOTICE OF HEARING |
| 41 | eFID | 8/24/2022 | PRETRIAL SE SET FOR 09/23/2022 AT 9:30 AM IN CAL, JDG HOWARD, STEPHEN M. |
| 40 | COMP_SC | 8/23/2022 | AMENDED STATEMENT OF CLAIM |
| 39 | RETM | 7/11/2022 | RETURNED MAIL |
| 38 | RETM | 7/11/2022 | RET. MIXED MAIL |
| 37 | INFJ | 7/25/2022 | INSTRUCTIONS FROM JUDGE - PRETRIAL CONFERENCE |
| 36 | CRDR | 7/15/2022 | ORDER GRANTING MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE |
| 35 | EMAIL | 7/15/2022 | EMAIL SENT TO FOREIGN, RELAY RE RE SERVICE OF COURT DOCUMENT |
| 34 | NOH3 | 7/15/2022 | NOTICE OF HEARING |
| 33 | eFID | 7/15/2022 | MOTION HEARING SET FOR 09/23/2022 AT 9:30 AM IN CAL, JDG HOWARD, STEPHEN M. |
| 32 | INFJ | 7/15/2022 | INSTRUCTIONS FROM JUDGE - PLEASE SET TIME CLERK FOR A MOTION TO COMPEL HEARING |
| 31 | RETM | 7/11/2022 | NOTICE OF TELEPHONIC HEARING ON DEFENDANTS MOTION TO DISMISS |
| 30 | MOCO | 7/11/2022 | DEFENDANTS MOTION TO CONTINUE PRE-TRIAL CONFERENCE |
| 29 | EMAIL | 6/23/2022 | EMAIL SENT TO FOREIGN, RELAY RE RE SERVICE OF COURT DOCUMENT |
| 28 | eFID | 6/23/2022 | PRETRIAL SE SET FOR 07/15/2022 AT 9:30 AM IN CAL, JDG HOWARD, STEPHEN M. |
| 27 | NOH3 | 6/23/2022 | NOTICE OF HEARING |
| 26 | INFJ | 6/23/2022 | INSTRUCTIONS FROM JUDGE - PLEASE RESET TO CASE FOR PRETRIAL |
| 25 | AMCS | 6/21/2022 | AMENDED STATEMENT OF CLAIM |
| 24 | CREX | 5/19/2022 | ORDER EXTENDING |
| 23 | RETM | 5/17/2022 | RETURNED MAIL |
| 22 | MTCF | 5/9/2022 | MOTION TO FOREIGN, RELAY RE SERVICE OF COURT DOCUMENT |
| 21 | NOH3 | 4/25/2022 | NOTICE OF HEARING |
| 20 | eFID | 4/25/2022 | STATUS CONFERENCE SET FOR 05/19/2022 AT 2:30 PM IN CAL, JDG HOWARD, STEPHEN M. |
| 19 | INFJ | 4/25/2022 | INSTRUCTIONS FROM JUDGE - PLEASE SET THE FOLLOWING CASE FOR A STATUS CONFERENCE |
| 18 | MOJD | 4/15/2022 | MOTION FOR JUDGMENT OF DEFAULT |
| 17 | MOSC | 4/02/2022 | AND AMENDED REPORT |
| 16 | MODD | 4/11/2022 | MOTION TO DENY DEFENDANTS MOTION FOR DISMISSAL |
| 15 | CREX | 3/30/2022 | ORDER TO PROVIDE TELEPHONE NUMBER FOR APRIL 5, 2022 PRE-TRIAL MEDIATION COMPLIANCE |
| 14 | LETR | 3/9/2022 | RETURN LETTER TO DO ENTIRETY |
| 13 | ARCJ | 3/9/2022 | APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS |
| 12 | CBJE | 3/4/2022 | OBJECTION TO DEFENDANT'S MOTION FOR CONTINUANCE OF PRETRIAL CONFERENCE |
| 11 | MTCA | 3/1/2022 | MOTION TO FOREIGN PLAINTIFF'S COMPLAINT |
| 10 | EMAIL | 2/14/2022 | EMAIL SENT TO FOREIGN, RELAY RE RE SERVICE OF COURT DOCUMENT |
| 09 | NOH3 | 2/14/2022 | AMENDED NOTICE OF HEARING |
| 08 | EMAIL | 2/14/2022 | EMAIL SENT TO FOREIGN, RELAY RE RE SERVICE OF COURT DOCUMENT |
| 07 | NOH3 | 2/14/2022 | NOTICE OF HEARING |
| 06 | eFID | 2/14/2022 | PRETRIAL SE SET FOR 04/05/2022 AT 9:30 AM IN CAL, JDG HOWARD, STEPHEN M. |
| 05 | CBST | 2/13/2022 | ORDER GRANTING MOTION FOR CONTINUANCE |
| 04 | MOCO | 2/13/2022 | DEFENDANTS MOTION TO CONTINUE PRE-TRIAL CONFERENCE PENDING DISPOSITION OF CO DEFENDANTS MOTION TO DISMISS |
| 03 | CRDR | 2/10/2022 | ORDER TO PROVIDE TELEPHONE NUMBER FOR MARCH 4, 2022 PRE-TRIAL MEDIATION CONFERENCE |
| 02 | RETR | 2/9/2022 | RETURN OF SERVICE EXECUTED - DEPT OF CORRECTION |
| 01 | CREX | 1/31/2022 | ORDER |
| | LETR | 1/26/2022 | RETURN LETTER TO DO ENTIRETY |
| | SUIS | 1/26/2022 | SUMMONS ISSUED - DEPARTMENT OF CORRECTIONS |
| | MTCF | 1/24/2022 | PRETRIAL SE SET FOR 03/01/2022 AT 9:30 AM IN CAL, JDG HOWARD, STEPHEN M. |
| | MTCF | 1/24/2022 | MOTION TO COMPEL COURT DATE COMPLIANCE |
| | LETR | 1/24/2022 | RETURN LETTER TO DO ENTIRETY |
| | NORJ | 1/25/2022 | LETTER OF INQUIRY |
| | COGJ | 12/17/2021 | RETURN OF DENIAL OR INDIGENT STATUS |
| | ACEI | 12/17/2021 | APPLICATION FOR CIVIL INDIGENT STATUS - DENIED |
| | CREX | 12/9/2021 | ORDER TO PROVIDE TELEPHONE NUMBER FOR DECEMBER 17, 2021 PRE-TRIAL MEDIATION CONFERENCE |
| | CREX | 12/9/2021 | ORDER |
| | LETR | 12/17/2021 | LETTER OF INQUIRY AND NOTICE OF RIGHT OF ABANDONED ACTION |
| | LETR | 12/17/2021 | RETURN LETTER |
| | CIFIL | 12/17/2021 | CIVIL FOR CIVIL LETTER |
| | SUIS | 12/15/2021 | SUMMONS ISSUED |
| | CRDJ | 12/17/2021 | JUDGE HOWARD, STEPHEN M. ASSIGNED |
| | eFID | 12/15/2021 | PRETRIAL SE SET FOR 01/31/2022 AT 9:30 AM IN CAL, JDG HOWARD, STEPHEN M. |
| | MOCO | 11/29/2021 | MOTION TO DISMISS OR STAY THE ENCLOSED SMALL CLAIMS COMPLAINT IF PLAINTIFF WILL SMALL CLAIMS FILED |
| | COMP_SC | 11/9/2021 | STATEMENT OF CLAIM |

These materials were scanned by Benchmark Technologies. Copyright 2005 - 2019 Benchmark Technology Group. All Rights Reserved.

**Second Judicial Circuit: Leon County Judicial Website**

Hosted By The Leon County Clerk of the Circuit Court and Comptroller/Kurrent Technology Group

**2020 CA 000609 •
CHESTNUT,
GERHARD D
vs. DEPT OF
CORRECTIONS**

Schedule Event    Print▾    e-File (.../cfile.aspx/ExistingCase/2970588)    Email    Print Summary (.../Ocia2aPrint/2970588Id)

Summary  History  Dockets  Notes (0)  Payment Plans  Charges  Citations  Emails (0)  Concurrent Management  File Request

## SUMMARY

| | | |
|---|---|---|
| Judge: COOPER, JOHN C | Court Type: CIRCUIT CIVIL | Case Type: WRIT OF MANDAMUS |
| Case Number: 2020 CA 000609 | Uniform Case Number: 37200CA0000000000X | Status: CLOSED |
| Clerk File Date: 3/26/2020 | Status Date: 9/17/2021 | Value Speedy Trial: |
| Total Fees Due: 425.00 | Booking Number: | Agency: |
| Agency Report Number: | Custody Location: | Probation No: CLOSED - 9/29/2020 |

## PARTIES

| TYPE | PARTY NAME | ADDRESS | EMAIL | ATTORNEY |
|---|---|---|---|---|
| PLAINTIFF | CHESTNUT, GERHARD D [/ViewParty/606642/ViewParty2aParty/record/202021111 caseID=2970588&fgm1qls46L)Qd22TZDNX213/20260370JA) | UNION CORRECTIONAL INSTITUTION P.O. BOX 1000 RAIFORD, FL 32083 | [/realAlertJsGen=2020 CA 000609] | /p...9323 EC (Caseinterest: 01/05/11202X [/Caseform/606642/CF2Views_2aParty2a caseID=2970588&fgm1q=12fZZAQPR) |
| DEFENDANT | DEPT OF CORRECTIONS [/ViewParty/606642/CF2Views_2aParty2aparty/record/10442(YA13 caseID=2970588&fgm0=6races2/YA13ES,L7ZAD)4M3Q) | 501 SOUTH CALHOUN ST TALLAHASSEE, FL 32399 | CHESTNUTGERHARDJAX.FLORIDA.COM [/realAlertJsFAYLR666APTOCAMTPLOIBDA.COM7 q13Qset=2323 CA 000609] | /p...9323 EC (Caseinterest: 01/05/11202X [/Caseform/606642/CF2Views_2aParty2a caseID=2970588&fgm1q=1DfZZAQPR) |

## EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT | EVENT NOTE |
|---|---|---|---|---|---|
| | | | No Events on Case | | |

## OUTSTANDING AMOUNT

| COUNT | CODE | DESCRIPTION | ASSESSMENT | PAID | WAIVED | BALANCE | PAYMENT PLAN / JUDGMENT |
|---|---|---|---|---|---|---|---|
| | WFMA_CA | PETITION FOR WRIT OF MANDAMUS | $400.00 | $0.00 | $0.00 | $400.00 | |
| | 3015_CA | PARTIAL FILING/CLERK FEE | $25.00 | $0.00 | $0.00 | $25.00 | |
| | | | | | Total Outstanding: $425.00 | | |

## RECEIPTS

| DATE | RECEIPT # | | APPLIED AMOUNT |
|---|---|---|---|
| | | | No Receipts on Case |

## CASE DOCKETS

| SEQ | IMAGE | CODE | DATE | ENTRY |
|---|---|---|---|---|
| 15 | 2 | ORCA | 9/21/202X | ORDER STRIKING UNAUTHORIZED PLEADING AND CLOSING FILE |
| 16 | 3 | LETR | 9/17/2021 | LETTER OF INQUIRY AND NOTICE OF INTENT |
| 13 | 4 | MDD | 8/17/2021 | ANSWER TO VACATE DEFAULT REMINDER FAILED TO INMATE ACCOUNT |
| 12 | | CERTOFV | 3/17/2021 | CASE COLLECTED READY - THE TAX USED FEES STIPULATE RETRACED VACANT GLIZZIVIE 3:30PM ON 3/09/202M |
| 11 | 4 | DFEN | 8/07/2020 | ORDER EXAMINING PETITION FOR WRIT OF MANDAMUS - Electronic (BS 5476.5223 / DCC009(B)(5)) |
| 10 | 33 | RSSE | 4/27/2020 | RESPONDENT'S RESPONSE TO COURT TO SHOW CAUSE |
| 9 | | EMAIL | 4/22/2020 | EMAIL SENT TO DEPT OF CORRECTIONS RE SERVICE OF COURT DOCUMENT - 3010 CA 000609, CHESTNUT, GERHARD D VS. DEPT OF CORRECTIONS WITH 2 ATTACHMENTS OF |
| 8 | | EMAIL | 4/22/2020 | EMAIL SENT YOU LEAVE BANK RE SERVICE OF COURT DOCUMENT - 3010 CA 000609, CHESTNUT, GERHARD D VS. DEPT OF CORRECTIONS WITH 2 ATTACHMENTS OF 04/21/202 |
| 7 | 2 | CRDZ | 4/21/2020 | ORDER UPON CLERK'S DETERMINATION OF INDIGENCE |
| 6 | 3 | OTSC | 4/21/2020 | ORDER TO SHOW CAUSE |
| 5 | 9 | CASI | 4/15/2020 | AFFIDAVIT FOR CIVIL INDIGENT STATUS - PRISON/PRISONER |
| 4 | 2 | INRQ | 3/31/2020 | LETTER OF INQUIRY |
| 3 | 2 | LR | 3/31/2020 | LETTER OF RESPONSE TO PLAINTIFF FAILED OUT ON 3/30/2020 |
| 2 | | | 3/27/2020 | JUDGE COOPER, JOHN C ASSIGNED |
| 1 | 12 | WRM | 3/26/2020 | WRIT OF MANDAMUS |

Benchmark

2nd Judicial Circuit Leon County Judicial Website

*Hosted By The Leon County Clerk of the Circuit Court and Comptroller/Kaizen Technology Group*

> 2024 CA 001200 - CHESTNUT, GERNARD D vs. DEPT OF CORRECTIONS

🗓 Schedule Event  |  🖨 Print  |  ⊕ eFile (.../.../eFile.aspx?ExistingCase=37028161)  |  ✉ Email  |  🖨 Print Summary (.../Gets22Print/37028161?da

📋 Summary  |  🕑 History  |  📄 Dockets  |  📝 Notes (0)  |  💲 Payment Plan  |  ⚖ Charges  |  📋 Citations  |  ✉ Emails (6)  |  📄 Document Management  |  📁 File Record

### 📋 SUMMARY

Judge: DEMPSEY, ANGELA C
Case Number: 2021 CA 001206
Clerk File Date: 7/23/2021
Total Fees Due: 323.00
Agency Report Number:

Court Type: CIRCUIT CIVIL
Uniform Case Number: 372021CA001206000000X
Status Date: 9/26/2022
Booking Number:
Custody Location:

Case Type: OTHER CIRCUIT CIVIL
Docket: CLOSED
Waive Speedy Trial:
Agency:
Foreclosure: RELEASED - 6/1/2022

### 📋 PARTIES

| TYPE | PARTY NAME | ADDRESS | EMAIL | ATTORNEY |
|---|---|---|---|---|
| PLAINTIFF | CHESTNUT, GERNARD D [/Benchmark WebCAP/Live_2A/Party.aspx?Index=332091910&caseDocket=0&reqId=] | UN ON CORRECTIONAL INSTITUTION P O BOX 1000 RAIFORD, FL 32083 | (prudIer.hub)ada=2021 CA 001206) | ⚖ FDO 82 [Docket:Index: 07/23/2021] [/Benchmark WebCAP/Live_2A/Party.aspx?caseDoc=3C3161&reqId=ja&t=RASE2A&t=PEEEH] |
| DEFENDANT | DEPT OF CORRECTIONS [/Benchmark WebCAP/Live_2A/Party.aspx?Index=100427121&caseDocket=0&reqId=Concert.VISI812.t0011-t0] | 651 SOUTH CALHOUN ST TALLAHASSEE, FL 32290 | COURTFILINGSDOC@MYFLORIDA.COM (myflsnCOURTFILINGSDOC@MYFLORIDA.COM? subject=2021 CA 001206) | ⚖ FDO 82 [Docket:Index: 07/23/2021] [/Benchmark WebCAP/Live_2A/Party.aspx?caseDoc=3C3161&reqId=ja&t=RASE2A&t=PEEEH] |
| DEFENDANT | DEPT OF CORRECTIONS [/Benchmark WebCAP/Live_2A/Party.aspx?Index=100427121&caseDocket=0&reqId=Concert.VISI812.t0011-t0] | 651 SOUTH CALHOUN ST TALLAHASSEE, FL 32290 | COURTFILINGSDOC@MYFLORIDA.COM (myflsnCOURTFILINGSDOC@MYFLORIDA.COM? subject=2021 CA 001206) | ⚖ FINKLEE, KELLY R [Docket:Index: 07/23 [/Benchmark WebCAP/Live_2A/Party.aspx?caseDoc=3C3161&reqId=ja&t=RPTt=MATEA] |
| DEFENDANT | HENRY, OFFICER [/Benchmark WebCAP/Live_2A/Party.aspx?Index=100427297&caseDocket=0&reqId=] | , | (prudIer.hub)ada=2021 CA 001206) | ⚖ FDO 82 [Docket:Index: 07/23/2021] [/Benchmark WebCAP/Live_2A/Party.aspx?caseDoc=3C3161&reqId=ja&t=RASE2A&t=PEEEH] |
| DEFENDANT | DOE 1, OFFICER JOHN [/Benchmark WebCAP/Live_2A/Party.aspx?Index=100415309&caseDocket=0&reqId=DirjkHGtgg9AFCtgsFt] | , | (prudIer.hub)ada=2021 CA 001206) | ⚖ FDO 82 [Docket:Index: 07/23/2021] [/Benchmark WebCAP/Live_2A/Party.aspx?caseDoc=3C3161&reqId=ja&t=RASE2A&t=PEEEH] |
| DEFENDANT | DOE 2, OFFICER JOHN [/Benchmark WebCAP/Live_2A/Party.aspx?Index=100429312&caseDocket=0&reqId=D3GFAtFtF2tt9AFDAFDAW] | , | (prudIer.hub)ada=2021 CA 001206) | ⚖ FDO 82 [Docket:Index: 07/23/2021] [/Benchmark WebCAP/Live_2A/Party.aspx?caseDoc=3C3161&reqId=ja&t=RASE2A&t=PEEEH] |
| DEFENDANT | CLEMMONS, CAPTAIN [/Benchmark WebCAP/Live_2A/Party.aspx?Index=100428542&caseDocket=0&reqId=FGFFACDt.ft9AFt.tEMt=X] | , | (prudIer.hub)ada=2021 CA 001206) | ⚖ FDO 82 [Docket:Index: 07/23/2021] [/Benchmark WebCAP/Live_2A/Party.aspx?caseDoc=3C3161&reqId=ja&t=RASE2A&t=PEEEH] |
| DEFENDANT | SCHRON, CAPTAIN [/Benchmark WebCAP/Live_2A/Party.aspx?Index=100415909&caseDocket=0&reqId=Dt12FtYtYt59AFtX=X] | , | (prudIer.hub)ada=2021 CA 001206) | ⚖ FDO 82 [Docket:Index: 07/23/2021] [/Benchmark WebCAP/Live_2A/Party.aspx?caseDoc=3C3161&reqId=ja&t=RASE2A&t=PEEEH] |
| DEFENDANT | FINKLEE, KELLY R [/Benchmark WebCAP/Live_2A/Party.aspx?Index=100415909&caseDocket=0&reqId=Dt.sqDt.t0120W] | , | (prudIer.hub)ada=2021 CA 001206) | ⚖ FINKLEE, KELLY R [Docket:Index: 07/23 [/Benchmark WebCAP/Live_2A/Party.aspx?caseDoc=3C3161&reqId=ja&t=RPTt=MATEA] |

### 📋 EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT | EVENT NOTE |
|---|---|---|---|---|---|
| | | | No Events on Case | | |

### 📋 OUTSTANDING AMOUNT

### 📋 RECEIPTS

### 📋 CASE DOCKETS

| SEQ/IMAGE | CODE | DATE | ENTRY |
|---|---|---|---|
| 48 | 1 | ORDA | 11/14/2022 | ORDER FROM DCA ICN# MOTION TO REINSTATE - 1D22-1916 |
| 47 | 1 | CRCA | 9/21/2022 | CRCA STRIKED UNSCHEDULED PLEADINGS AND CLOSING FILE |
| 45 | 3 | NDDJ | 9/16/2022 | NOTICE OF INQUIRY DOCKET SHEET EMAILED/SENT TO PLAINTIFF ON 6/19/2022 |
| 45 | 11 | ORDA | 9/16/2022 | AFFIDAVIT RETURN MAIL RECEIPT STATUS - 9/16/2022 RETURNED |
| 44 | 3 | MOVD | 9/16/2022 | MOTION TO RECUSE AS THIRD FILED |
| 44 | 1 | ORCA | 9/16/2022 | ORDER FROM DCA - APPEAL DISMISSED 1D22-1916 |
| 43 | 1 | LR | 9/21/2022 | LETTER SENT TO THE PLAINTIFF WITH INDEX SHEET CIVIL |
| 42 | 3 | NDDJ | 9/21/2022 | NOTICE OF INQUIRY (INQUIRED AGENCY DIRECTOR, DIRECTOR FORWARDED NOT FOUND) |
| 40 | 1 | FCR | 8/19/2022 | DCA14 FROM DCA TO PAY FILING FEE OR FILE ORDER OF INSOLVENCY |
| 37 | | C EXCTDU | 7/21/2022 | CASE CLOSED 30 DAYS - PER RULE 2.420? DEACTIVATE ATTORNEY for ATT KELLY FORTEH on 07/20/2022 |
| 35 | | C EXCTDU | 7/21/2022 | CASE CLOSED 30 DAYS - PER RULE 2.420? DEACTIVATE ATTORNEY for ATT KELLY LONERGAN on 07/05/2022 |
| 35 | 2 | FCR | 6/13/2022 | ORDER FROM DCA TO PAY FILING FEE OR FILE ORDER OF INSOLVENCY |
| 33 | 1 | FODD | 6/13/2022 | DCA14 FROM DCA TO FILE COPY OF ORDER BEING APPEALED |
| 33 | 1 | DCAN | 6/13/2022 | DCA CASE NUMBER 1D22-1916 |
| 34 | | CCN | 6/13/2022 | CLERK'S COPY OF NOTICE OF APPEAL E-MAILED TO DCA |
| 33 | 2 | LR | 6/13/2022 | LETTER SENT TO THE PLAINTIFF |
| 33 | | EMAIL | 6/13/2022 | EMAIL SENT TO CLERK AN EMAIL COPIES IN EVIDENCE OF COURT DOCUMENT - SENT LAW OFFICE, CHESTNUT'S GERNARD D's, DEPT OF CORRECTIONS WITH 1st DOCUMENTS JURISD |
| 31 | 1 | ANDC_CA | 6/13/2022 | NOTICE OF APPEAL TO CLERK OF COURT - Received (1D3 OG.125) / 2220041721) |
| 32 | 4 | OGRS | 6/1/2022 | ORDER GRANTING MOTION TO D DAYS AND DISMISSING COMPLAINT - Received (ORE 87.0.5205) / 2220021533) |

| SEQ# | IMAGE | CODE | DATE | INTENT |
|---|---|---|---|---|
| 29 | B3 | MOTN | 3/21/2022 | RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME |
| 28 | B21 | MISC | 3/15/2022 | MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT |
| 27 | B1 | ORDR | 4/15/2022 | ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME |
| 26 | B2 | NOAP | 4/14/2022 | NOTICE OF APPEARANCE FILED |
| 25 | B4 | MODO | 3/30/2022 | MOTION TO DENY RESPONDENT'S MOTION FOR CLARIFICATION AND SANCTIONS |
| 24 | B2 | ORDR | 3/24/2022 | ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL AND CLARIFYING NATURE OF CASE |
| 23 | B3 | MOFO | 3/24/2022 | RESPONDENT'S MOTION FOR CLARIFICATION |
| 22 | B3 | MOFO | 2/16/2022 | MOTION FOR COPIES OF ALL DOCUMENTS IN THE PROCEEDINGS |
| 21 | B9 | AFLA | 2/14/2022 | AFFIDAVIT IN LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL |
| 20 | B3 | MOFO | 2/14/2022 | MOTION FOR APPOINTMENT OF COUNSEL |
| 19 | B1 | ORDR | 2/11/2022 | ORDER GRANTING SECOND MOTION FOR ENLARGEMENT OF TIME |
| 18 | B1 | MOFO | 1/19/2022 | RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |
| 17 | B3 | MOTO | 1/18/2022 | MOTION TO CORRECT RECORD AND NOTICE OF INTENT REGARDING MANDAMUS ACTIONS |
| 16 | B1 | ORDR | 12/14/2021 | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |
| 15 | B5 | CMPL | 12/9/2021 | AMENDED TORT ACTION CIVIL COMPLAINT |
| 14 | B3 | MOFO | 11/12/2021 | MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |
| 13 | B1 | ORDR | 11/17/2021 | ORDER |
| 12 | B3 | MOFO | 11/12/2021 | MOTION FOR REHEAR |
| 11 | B3 | MOFO | 11/12/2021 | MOTION FOR APPOINTMENT OF COUNSEL AND TRIAL BY JURY |
| 10 | | EMAIL | 9/22/2021 | ORDER TO SHOW CAUSE |
| 9 | B2 | OTHR | 9/22/2021 | EMAIL SENT TO DEPT OF CORRECTIONS RE SERVICE OF COURT DOCUMENT |
| 8 | B5 | LETR | 8/19/2021 | LETTER OF INQUIRY AND NOTICE OF INTENT |
| 7 | | EMAIL | 8/19/2021 | EMAIL SENT TO DOCUMENT RE SERVICE OF COURT DOCUMENT |
| 6 | B2 | OCCI | 8/19/2021 | ... |
| 5 | B6 | RMD | 8/16/2021 | AFFIDAVIT FOR CIVIL INDIGENT STATUS |
| 4 | B2 | LETR | 8/10/2021 | LETTER OF INQUIRY AND COPY ON FILE |
| 3 | B2 | LR | 7/27/2021 | RESPONSE LETTER TO PETITIONER |
| 2 | | | 7/27/2021 | ... |
| 1 | B4 | COMP_CA | 7/26/2021 | CIVIL COMPLAINT |

Text scanned in LegalEdge at origination. Copyright 2008 - 2016 Pioneer Technology Group All Rights Reserved.
2.4.3.12

2nd Judicial Circuit Leon County Judicial Website

Hosted By The Leon County Clerk of the Circuit Court and Comptroller/Forrest Technology Group

> **2022 CA 000586 - CHESTNUT, GERHARD D vs. PEUGH, LT. S**

[≡ Schedule Event]  [🖨 Print]  [🔗 eFile (...f.../eFile.aspx/ExistingCase/73056058)]  [✉ Email]  [🖨 Print Summary (.../DetailsPrint/73056058?.digs)]

[≡ Summary] [History] [Dockets] [Fees ($)] [Payment Plans] [Charges] [Citations] [Drafts (0)] [Document Management] [File Report]

## SUMMARY

| | | |
|---|---|---|
| Judge: COOPER, JOHN C | Court Type: CIRCUIT CIVIL | Case Type: OTHER CIRCUIT CIVIL |
| Case Number: 2022 CA 000586 | Uniform Case Number: 372022CA000586XXXXXX | Status: OPEN |
| Clerk File Date: 2/23/2022 | Status Date: 2/23/2022 | Video Speedy Trial: |
| Total Fees Due: 400.00 | Booking Number: | Agency: |
| Agency Report Number: | Custody Location: | Foreclosure: CLOSED - 4/26/2022 |

## PARTIES

| TYPE | PARTY NAME | ADDRESS | BAR | ATTORNEY |
|---|---|---|---|---|
| PLAINTIFF | CHESTNUT, GERHARD D | UNION CORRECTIONAL INSTITUTION PO BOX 1000 RAIFORD, FL 32083 | (Pro Litem/Pro Se 2022 CA 000586) | 933 SE (Add'l Attorney) |
| DEFENDANT | PEUGH, LT. S | | (Pro Litem/Pro Se 2022 CA 000586) | 933 SE (Add'l Attorney) |
| DEFENDANT | CAPT. BROWN | | (Pro Litem/Pro Se 2022 CA 000586) | 933 SE (Add'l Attorney) |
| DEFENDANT | COLONEL LINDSAY | | (Pro Litem/Pro Se 2022 CA 000586) | 933 SE (Add'l Attorney) |

## EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT | EVENT NOTE |
|---|---|---|---|---|---|
| | | No Events on Case | | | |

## OUTSTANDING AMOUNT

| COUNT | CODE | DESCRIPTION | ASSESSMENT | PAID | WAIVED | BALANCE | PAYMENT PLAN / JUDGMENT |
|---|---|---|---|---|---|---|---|
| | COMP_CA | COMPLAINT | 400.00 | 0.00 | 0.00 | 400.00 | |
| | | | | | Total Outstanding: 400.00 | | |

## RECEIPTS

| DATE | RECEIPT # | | APPLIED AMOUNT | |
|---|---|---|---|---|
| | | | No Receipts on Case | |

## CASE DOCKETS

| SEQUENCE | CODE | DATE | ENTRY |
|---|---|---|---|
| 21 | 3 | 11/21/2022 | NOTICE OF INQUIRY (DOCKET SHEET CAN ALSO BE TO PLAINTIFF ON 11/21/2022) |
| 20 | 4 | 11/18/2022 | MOTION FOR ACTION |
| 19 | 46 | 10/31/2022 | AMENDED VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |
| 18 | EMAIL | 10/27/2022 | EMAIL SENT TO DOC BAILS AGAINST RE SERVICE OF COURT DOCUMENT - 2022 CA 000586, CHESTNUT, GERHARD D VS. PEUGH, LT. S W/IN SEVEN ATTACHMENTS CASE-10/27/2022 |
| 17 | 2 | 10/25/2022 | ORDER UPON CLERKS DETERMINATION OF INDIGENCE (MAILED OUT TO THE PLAINTIFF ON 10/27/2022) |
| 16 | 2 | 10/10/2022 | ORDER VACATING GENERAL |
| 15 | RINQ | 9/29/2022 | NOTICE OF INQUIRY (DOCKET SHEET CAN ALSO BE SENT TO THE PLAINTIFF ON 06/10/2022) |
| 14 | 1 | 9/19/2022 | CLERKS DETERMINATION ON PAYMENT APPLICATION |
| 13 | 10 | 9/01/2022 | APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS |
| 12 | 2 | 9/01/2022 | ORDER DISMISSING CIVIL COMPLAINT |
| 11 | 2 | 8/03/2022 | MOTION FOR TIME EXTENSION |
| 10 | 2 | 7/22/2022 | ORDER DIRECTING PLAINTIFF TO FILE INDIGENCE PAPERWORK |
| 9 | NOTI | 7/18/2022 | NOTICE OF COMPLIANCE |
| 8 | MOFR | 6/14/2022 | MOTION FOR CLARIFICATION |
| 7 | LR | 6/01/2022 | LETTER FROM LEP OF PLAINTIFF |
| 6 | 9 | 5/31/2022 | APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS (INDIGENCE FORM) |
| 5 | 2 | 5/11/2022 | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |
| 4 | 3 | 5/03/2022 | MOTION TO STAY PROCEEDINGS AND TIME EXTENCE TO PROVIDE BANK SUB EVENTS |
| 3 | 2 | 3/29/2022 | LETTER OF RESPONSE TO PLAINTIFF FILED LEP LT ON 3/29/2022 |
| 2 | | 2/25/2022 | JUDGE COOPER, JOHN C ASSIGNED |
| 1 | 4 | 2/23/2022 | CASE TEXT ACTION CIVIL COMPLAINT |

Second Judicial Circuit: Leon County Judicial Website

Hosted By The Leon County Clerk of The Circuit Court and Comptroller/Benson Technology Group

**2022 CA 001573 - CHESTNUT, GERNARD D vs. CAPTAIN MICHAEL FISHER**

🗓 Schedule Event    🖨 Print    e-File (.../.../efile.aspx/ExistingCase/3082002)    ✉ Email    🖨 Print Summary .../DetailsPrint/3082002?digest

⧉ Summary    🕘 History    ☰ Dockets    📄 Notes (1)    💲 Payment Plan    📑 Charges    🗎 Citations    📧 Email ID    👥 Connect Management    📄 File Request

⊟ SUMMARY

| | | |
|---|---|---|
| Judge: COOPER, JOHN C | Court Type: CIRCUIT CIVIL | Case Type: OTHER CIRCUIT CIVIL |
| Case Number: 2022 CA 001573 | Uniform Case Number: 372022CA001573XXXXXX | Status: OPEN |
| Clerk File Date: 9/6/2022 | Status Date: 9/6/2022 | Video Speedy Trial: |
| Total Fees Due: 421.00 | Booking Number: | Agency: |
| Agency Report Number: | Custody Location: | Foreclosure: ACTIVE - 9/6/2022 |

⊟ PARTIES

| TYPE | PARTY NAME | ADDRESS | LINK | ATTORNEY |
|---|---|---|---|---|
| PLAINTIFF | CHESTNUT, GERNARD D | UNION CORRECTIONAL INSTITUTION P O BOX 1000 RAIFORD, FL 32083 | (preliminInfo)code-2022 / ... | PRO SE |
| DEFENDANT | CAPTAIN MICHAEL FISHER | | (preliminInfo)code-2022 / ... | PRO SE |
| DEFENDANT | LIEUTENANT KEITH | | (preliminInfo)code-2022 / ... | PRO SE |
| DEFENDANT | LIEUTENANT ESCARRAMON | | (preliminInfo)code-2022 / ... | PRO SE |
| DEFENDANT | SERGEANT JENKINS | | (preliminInfo)code-2022 / ... | PRO SE |
| DEFENDANT | SERGEANT JACKSON | | (preliminInfo)code-2022 / ... | PRO SE |
| DEFENDANT | OFFICER WILLIAMS | | (preliminInfo)code-2022 / ... | PRO SE |
| DEFENDANT | ASSISTANT WARDEN | | (preliminInfo)code-2022 / ... | PRO SE |
| DEFENDANT | WARDEN'S LEADS | | (preliminInfo)code-2022 / ... | PRO SE |
| DEFENDANT | INSPECTOR GENERAL OFFICE | DEPT OF CORRECTIONS 2601 BLAIR STONE ROAD TALLAHASSEE, FL 32399 | (preliminInfo)code-2022 / ... | PRO SE |

⊟ EVENTS

⊟ OUTSTANDING AMOUNT

| COUNT | CODE | DESCRIPTION | ASSESSMENT | PAID | WAIVED | BALANCE | PAYMENT PLAN / JUDGMENT |
|---|---|---|---|---|---|---|---|
| | COMP_CR | COMPLAINT | $400.00 | $0.00 | $0.00 | $400.00 | |
| | PIP_CA | PARTIAL INDIGENT SETUP FEE | $21.00 | $0.00 | $0.00 | $21.00 | |
| | | | | | Total Outstanding: | $421.00 | |

⊟ RECEIPTS

| DATE | RECEIPT # | APPLIED AMOUNT |
|---|---|---|
| | | No Receipts on Case |

⊟ CASE DOCKETS

| SEQ | IMAGE | CODE | DATE | ENTRY |
|---|---|---|---|---|
| 10 | 📄 3 | REQ | 11/22/2022 | NOTICE OF REQUEST (DOCKET SHEET) MAILED TO PLAINTIFF ON 11/22/2022 |
| 9 | 📄 4 | MO | 11/18/2022 | MOTION FOR ACTION |
| 8 | 📄 3 | REQ | 10/17/2022 | LETTER OF INQUIRY (MAILED OUT DOCKET SHEET ON 10/17/2022) |
| 7 | | EMAIL | 10/17/2022 | EMAIL SENT TO DOCUMENT TRUST ACCOUNT RE REPLY RE IFP COURT DOCUMENT - 2022 CA 001573 CHESTNUT, GERNARD D VS. CAPTAIN MICHAEL FISHER WITH 1 ATTACH |
| 6 | 📄 2 | DECK | 10/04/2022 | ORDER OF INDIGENT DETERMINATION OF INSOLVENCE (MAILED TO THE PLAINTIFF ON 10/07/2022) |
| 5 | 📄 12 | PAU | 9/21/2022 | ANSWERS FOR CIVIL INDIGENT STATUS - FINANCE PREVIEW |
| 4 | 📄 3 | NOTI | 9/21/2022 | NOTICE OF SUBMISSION OF (INJURIOGENCE) AFFIDAVIT(S) |
| 3 | 📄 2 | LR | 9/21/2022 | LETTER SENT TO PLAINTIFF ON 09/21/2022 |
| 2 | | ASGN | 9/06/2022 | JUDGE COOPER, JOHN C ASSIGNED |
| 1 | 📄 9 | COMP_CA | 9/06/2022 | COMPLAINT |

Fees waived to LCSO/COB for pauper condition. Copyright 2000 - 2016 Benson Technology Group All Rights Reserved. 2.6.1.12

Benchmark