UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.

COLIN WILLIAMS, *et al.*,

    Defendants.

Case No. 3:22-cv-1349-BJD-LLL

**LOCAL RULE 3.03 DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to Local Rule 3.03:

1.    Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**RESPONSE:**

- Genard Chesnut, Plaintiff
- James V. Cook, Attorney for Plaintiff
- Law Office of James Cook, Attorneys for Plaintiff
- James M. Slater, Attorney for Plaintiff
- Slater Legal PLLC, Attorneys for Plaintiff
- Robert Atteberry, Defendant

- Steven Lola, Defendant

- Colin Williams, Defendant

- Robert Brown, Defendant

- Liane LaBouef, Attorney for Defendants Atteberry, Lola, Williams & Brown (collectively, the "Corrections Defendants")

- Howell, Buchan & Strong, Attorneys for the Corrections Defendants

- Roseanna Singletary, Defendant

- Katherine Burgin, Defendant

- Ethen Shapiro, Attorney for Defendants Singletary & Burgin

- David Hughes, Attorney for Defendants Singletary & Burgin

- Hill Ward Henderson, Attorneys for Defendants Singletary & Burgin

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

**RESPONSE:** None.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**RESPONSE:** None.

4. Each person arguably eligible for restitution:

**RESPONSE:** Genard Chesnut, Plaintiff.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: May 3, 2023.

Respectfully submitted,

/s/ James V. Cook
James V. Cook (FBN 0966843)
LAW OFFICE OF JAMES COOK
314 W. Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
Fax (850) 561-0836
cookjv@gmail.com

-and-

/s/ James M. Slater
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
113 S. Monroe Street
Tallahassee, Florida 32302
Tel. (305) 523-9023
james@slater.legal

*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on May 3, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: /s/ James M. Slater
James M. Slater