UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

Case No. 3:22-cv-1349-BJD-LL

Plaintiff,

v.

COLIN WILLIAMS, ROBERT BROWN,
STEVEN LOLA, ROBERT ATTEBERRY,
ROSEANNA SINGLETARY,
KATHERINE BURGIN, individually,

Defendants.
_____/

**DEFENDANTS' DISCLOSURE STATEMENT**

COMES NOW, Defendants Williams, Lola, and Atteberry ("Defendants"), by and through their undersigned counsel, hereby disclose the following pursuant to Local Rule 3.03:

(1) Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

*Genard Chesnut, Plaintiff*
*Colin Williams, Defendant*
*Robert Brown, Defendant*

1

    *Steven Lola, Defendant*
    *Robert Atteberry, Defendant*
    *Roseanna Singletary, Defendant*
    *Katherine Burgin, Defendant*
    *Liane LaBouef, Attorney for Defendants Williams, Lola, Atteberry*
    *Howell, Buchan & Strong, Attorneys for Defendants*
    *Ethen Shapiro, Attorney for Defendant Singletary, Burgin*
    *David Hughes, Attorney for Defendant Singletary, Burgin*
    *Hill, Ward, Henderson P.A., Attorneys for Defendant Singletary, Burgin*
    *James Slater, Attorney for Plaintiff*
    *Slater Legal PLLC, Attorneys for Plaintiff*
    *James Cook, Attorney for Plaintiff*
    *Law Office of James V. Cook, Attorneys for Plaintiff*

(2)   Each entity with publicly traded shares or debt potentially affected by the outcome:

    *None.*

(3) Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

    *None.*

(4) Each person arguably eligible for restitution:

    *Plaintiff is seeking damages in this matter.*

## Certification of Conflicts of Interest

Defendants certify that, except as disclosed, they are unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and will immediately notify the judge in writing within fourteen days after knowing of a conflict.

Respectfully submitted,

/s/ Liane S. LaBouef
Liane LaBouef
Florida Bar No. 1025198
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
(850) 877-7776
Liane@jsh-pa.com
*Attorney for Defendants Williams, Lola, Atteberry*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed electronically through Florida Courts E-Filing Portal to all counsel of record this 4th day of May, 2023.

/s/Liane S. LaBouef
Liane S. LaBouef