JaxP-6

# U.S. District Court
# Middle District of Florida (Jacksonville)
# CIVIL DOCKET FOR CASE #: 3:22-cv-01349-BJD-LLL
# Internal Use Only

Chestnut v. Williams et al
Assigned to: Judge Brian J. Davis
Referred to: Magistrate Judge Laura Lothman Lambert
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 12/07/2022
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner Civil Rights (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

**Genard Denez Chestnut**    represented by    **James Murray Slater**
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
305-523-9023
Email: james@slater.legal
*ATTORNEY TO BE NOTICED*

**James V. Cook**
Law Office of James V. Cook
314 W Jefferson St
Tallahassee, FL 32301
850/222-8080
Fax: 850/561-0836
Email: cookjv@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Colin Williams**
*individually*

represented by   **Liane S. Labouef**
Howell, Buchan, and Strong
2898-6 Mahan Drive, Jeffrey S. Howell, P.A.
Tallahassee, FL 32308
850-877-7776
Email: liane@jsh-pa.com
*LEAD ATTORNEY*

**Defendant**

**Robert Brown**
*individually*

**Defendant**

| | | |
|---|---|---|
| **Steven Lola**<br>*individually* | represented by | **Liane S. Labouef**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Robert Atteberry**<br>*individually* | represented by | **Liane S. Labouef**<br>(See above for address)<br>*LEAD ATTORNEY* |

**Defendant**

| | | |
|---|---|---|
| **Roseanna Singletary**<br>*individually* | represented by | **Ethen Rubin Shapiro**<br>Hill Ward Henderson PA<br>Florida<br>101 East Kennedy Blvd, Suite 3700<br>Tampa<br>Tampa, FL 33602<br>813-222-8549<br>Email: ethen.shapiro@hwhlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**David William Hughes**<br>Hill Ward Henderson PA<br>Florida<br>101 East Kennedy Blvd, Suite 3700<br>Tampa, FL 33602<br>813-227-8458<br>Fax: 813-221-2900<br>Email: david.hughes@hwhlaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Katherine Burgin**<br>*individually* | represented by | **Ethen Rubin Shapiro**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**David William Hughes**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2022 | [1](#) | COMPLAINT *FOR DAMAGES* against All Defendants with Jury Demand (Filing fee $402 receipt number AFLMDC-20279652) filed by Genard Denez Chestnut. (Attachments: # [1](#) Civil Cover Sheet)(Cook, James) (Entered: 12/07/2022) |
| 12/08/2022 | 2 | NEW CASE ASSIGNED to Judge Brian J. Davis and Magistrate Judge Laura Lothman Lambert. New case number: 3:22-cv-1349-BJD-LLL. (SJB) (Entered: 12/08/2022) |
| 01/02/2023 | [3](#) | NOTICE of Appearance by James Murray Slater on behalf of Genard Denez |

| | | |
|---|---|---|
| | | Chestnut (Slater, James) (Entered: 01/02/2023) |
| 02/15/2023 | 4 | PROPOSED summons to be issued by Genard Denez Chestnut. (Cook, James) (Entered: 02/15/2023) |
| 02/16/2023 | 5 | SUMMONS issued as to Robert Atteberry, Katherine Burgin, Steven Lola, Roseanna Singletary, Colin Williams. (BGR) (Entered: 02/16/2023) |
| 03/02/2023 | 6 | MOTION for Miscellaneous Relief, specifically to Extend Time to Effectuate Service on Defendants Brown and Singletary and for Leave to Conduct Limited Early Discovery by Genard Denez Chestnut. (Slater, James) (Entered: 03/02/2023) |
| 03/09/2023 | 7 | MOTION for Miscellaneous Relief, specifically to Extend Time to Serve Defendant Steven Lola by Genard Denez Chestnut. (Slater, James) (Entered: 03/09/2023) |
| 03/09/2023 | 8 | NOTICE of Appearance by Liane S. Labouef on behalf of Robert Atteberry, Colin Williams (Labouef, Liane) (Entered: 03/09/2023) |
| 03/13/2023 | 9 | SUPPLEMENTAL Certification Under Local Rule 3.01(g) re 6 MOTION for Miscellaneous Relief, specifically to Extend Time to Effectuate Service on Defendants Brown and Singletary and for Leave to Conduct Limited Early Discovery by Genard Denez Chestnut. (Slater, James) (Modified on 3/14/2023, to edit text) (BGR). (Entered: 03/13/2023) |
| 03/13/2023 | 10 | SUPPLEMENTAL Certification Under Local Rule 3.01(g) re 7 MOTION for Miscellaneous Relief, specifically to Extend Time to Serve Defendant Steven Lola by Genard Denez Chestnut. (Slater, James) (Modified on 3/14/2023, to edit text) (BGR). (Entered: 03/13/2023) |
| 03/13/2023 | 11 | NOTICE of Appearance by Liane S. Labouef on behalf of Steven Lola (Labouef, Liane) (Entered: 03/13/2023) |
| 03/13/2023 | 12 | MOTION to Strike 1 Complaint *Paragraphs 13-17 and 20-21* by Robert Atteberry, Steven Lola, Colin Williams. (Labouef, Liane) Motions referred to Magistrate Judge Laura Lothman Lambert. (Entered: 03/13/2023) |
| 03/13/2023 | 13 | ANSWER and affirmative defenses to 1 Complaint by Colin Williams.(Labouef, Liane) (Entered: 03/13/2023) |
| 03/13/2023 | 14 | ANSWER and affirmative defenses to 1 Complaint by Steven Lola.(Labouef, Liane) (Entered: 03/13/2023) |
| 03/14/2023 | 15 | ANSWER and affirmative defenses to 1 Complaint by Robert Atteberry.(Labouef, Liane) (Entered: 03/14/2023) |
| 03/16/2023 | 16 | RESPONSE in Opposition re 12 MOTION to Strike 1 Complaint *Paragraphs 13-17 and 20-21* filed by Genard Denez Chestnut. (Slater, James) (Entered: 03/16/2023) |
| 03/21/2023 | 17 | **ORDER denying 6 plaintiff's request to conduct early discovery; granting 6 plaintiff's request for more time to serve defendants Brown and Singletary to the extent that plaintiff must serve these defendants within 20 days after the close of discovery; denying as moot 7 plaintiff's request for more time to serve defendant Lola. Signed by Magistrate Judge Laura Lothman Lambert on 3/21/2023. (CAW)** (Entered: 03/21/2023) |
| 03/21/2023 | 18 | RETURN of service executed on 3/1/23 by Genard Denez Chestnut as to Katherine Burgin. (Slater, James) (Entered: 03/21/2023) |
| 03/21/2023 | 19 | Joint MOTION to Change Venue / Transfer Case by Genard Denez Chestnut. (Slater, James) (Entered: 03/21/2023) |

| | | |
|---|---|---|
| 03/22/2023 | 20 | NOTICE of Appearance by David William Hughes on behalf of Katherine Burgin, Roseanna Singletary (Hughes, David) (Entered: 03/22/2023) |
| 03/22/2023 | 21 | NOTICE of Appearance by Ethen Rubin Shapiro on behalf of Katherine Burgin, Roseanna Singletary (Shapiro, Ethen) (Entered: 03/22/2023) |
| 03/22/2023 | 22 | MOTION for Extension of Time to File Response/Reply as to 1 Complaint by Katherine Burgin. (Shapiro, Ethen) Motions referred to Magistrate Judge Laura Lothman Lambert. (Entered: 03/22/2023) |
| 03/24/2023 | 23 | CERTIFICATE of Non-Objection re 22 MOTION for Extension of Time to File Response/Reply as to 1 Complaint by David William Hughes on behalf of Katherine Burgin (Hughes, David) (Modified on 3/24/2023, to edit text) (BGR). (Entered: 03/24/2023) |
| 04/03/2023 | 24 | **ORDER granting 22 defendant Burgin's unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint; response due by 4/20/2023. Signed by Magistrate Judge Laura Lothman Lambert on 4/3/2023. (CAW)** (Entered: 04/03/2023) |
| 04/04/2023 | 25 | SUPPLEMENTAL Certification Under Local Rule 3.01(g) re 19 Joint MOTION to Change Venue / Transfer Case *per L.R. 3.01(g)* by Genard Denez Chestnut. (Slater, James) (Modified on 4/5/2023, to edit text) (BGR). (Entered: 04/04/2023) |
| 04/05/2023 | 26 | WAIVER of service returned executed on 4/5/23 by Roseanna Singletary as to Roseanna Singletary. (Hughes, David) (Entered: 04/05/2023) |
| 04/06/2023 | 27 | **ORDER denying 19 joint motion to transfer case. Signed by Judge Brian J. Davis on 4/6/2023. (KLC)** (Entered: 04/06/2023) |
| 04/20/2023 | 28 | MOTION to Dismiss for Failure to State a Claim by Katherine Burgin. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hughes, David) (Modified on 4/21/2023 to edit docket text) (JDR). (Entered: 04/20/2023) |
| 05/02/2023 | 29 | RESPONSE in Opposition re 28 MOTION to Dismiss for Failure to State a Claim *and Motion to Exclude Extrinsic Evidence* filed by Genard Denez Chestnut. (Attachments: # 1 Exhibit December 2018 Grievance and Denial)(Slater, James) (Entered: 05/02/2023) |
| 05/03/2023 | 30 | CERTIFICATE of interested persons and corporate disclosure statement by Genard Denez Chestnut. (Slater, James) (Entered: 05/03/2023) |
| 05/04/2023 | 31 | CERTIFICATE of interested persons and corporate disclosure statement by Robert Atteberry, Steven Lola, Colin Williams. (Labouef, Liane) (Entered: 05/04/2023) |
| 05/09/2023 | 32 | CASE MANAGEMENT REPORT. (Slater, James) (Entered: 05/09/2023) |