MAILED/FILED WITH AGENCY CLERK

DEC 28 2018

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |
|---|---|---|---|---|
| CHESTNUT, GERARD | 130146 | 18-6-53961 | SUWANNEE C.I | E31151 |

Note: This grievance is not accepted as a grievance of an emergency nature.

Your appeal has been reviewed and evaluated. The subject of your grievance was previously referred to the Office of the Inspector General. It is the responsibility of that office to determine the amount and type of inquiry that will be conducted. This inquiry/review may or may not include a personal interview with you. Upon completion of this review, information will be provided to appropriate administrators for final determination and handling.

As this process was initiated prior to the receipt of your appeal, your request for action by this office is denied.

A. Cochran

_____           *A. Cochran*              12/28/18

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

DATE

# FLORIDA DEPARTMENT OF CORRECTIONS
## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

**RECEIVED DEC 26 2018** — Department of Corrections, Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Last | First | Middle Initial | DC Number | Institution |
|---|---|---|---|---|
| Chestnut | Gernard | D. | 130146 | Florida State Prison Main Unit |

### Part A – Inmate Grievance

Log #: 18-6-53961

DIRECT EMERGENCY GRIEVANCE. I AM FILING THIS COMPLAINT DIRECTLY WITH SECRETARY BASED ON FEAR OF RETALIATION OF SUPERVISORY RANKING OFFICIAL BEING SUBJECT OF COMPLAINT.

On 12/7/18 at Approx. 4:50pm – 6:30pm at FSP Main Unit I was awaiting transfer transport inside the holding cell located behind the Central Control room when Captain Lola Sgt. R. Brown and Sgt. C. Williams entered the holding cell Sgt. Williams stated, "Hurry up and strip. You have (10) seconds to get dressed or I'm coming in that cell to beat the blood out you and paint that cell red with your blood." Before I could place my clothes on Sgt. Williams and Sgt. Brown entered holding cell beating me for several minutes with metal restraints, in my head and beat me with closed fists and knees. Captain Lola also entered the cell kicking me in my head and face with boots. These officers then falsified D.R.'s that "I was handcuffed in the front and they were in process of placing me in black box and legshackles when I began striking officers and they forced me to ground and ordered me to comply." The Fixed Camera Facing holding cell and Use of Force Video provides I walked out following this Use of Force showing I was handcuffed "behind my back" and I was only wearing a t-shirt and a pair of underwear (boxers). Also these cameras will provide that I was beaten very severely sustaining many injuries requiring stitches and had been beaten almost to death by these officers. Please RETAIN VIDEOS from above cited Video Cameras of this Incident to prove facts I've reported for pending Civil litigation Im currently filing in regards to attacks on my life Case No. ____ Captain Lola threatened "He'd contact his friends here at Suwannee to take care of me if I ran my mouth about what happened."

12/12/18
DATE

Signature: [signed] 130146
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___ / _____
# / Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

### Receipt for Appeals Being Forwarded to Central Office

Submitted by the Inmate on: 12/20/18   Institutional Mailing Log #: _____   (Received By) [signed]   230  10A
(Date)

DISTRIBUTION:
INSTITUTION/FACILITY — INMATE (2 Copies) — INMATE'S FILE — INSTITUTIONAL GRIEVANCE FILE
CENTRAL OFFICE — INMATE — INMATE'S FILE - INSTITUTION/FACILITY — CENTRAL OFFICE INMATE FILE — CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)   Incorporated by Reference in Rule 33-103.006, F.A.C.