UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Genard Denez Chestnut,

    Plaintiff,

vs.                                       **CASE NO.:** 3:22-cv-1349-BJD-LL

Colin Williams, Robert Brown,
Steven Lola, Robert Atteberry,
Roseanna Singletary, and
Katherine Burgin, individually,

    Defendants.
_____/

### DEFENDANTS BURGIN'S AND SINGLETARY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants, Katherine Burgin and Roseanna Singletary, by and through undersigned counsel, and pursuant to Local Rule 3.03 and Federal Rule of Civil Procedure 7.1, hereby disclose the following:

**1.     Each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member and other identifiable and related legal entity – that has or might have an interest in the outcome:**

        a.     Gernard Chestnut, Plaintiff

        b.     Colin Williams, Defendant

        c.     Robert Brown, Defendant

  d.  Steven Lola, Defendant

  e.  Robert Atteberry, Defendant

  f.  Roseanna Singletary, Defendant

  g.  Katherine Burgin, Defendant

  h.  Liane LaBouef, Attorney for Defendants Williams, Lola and Atteberry

  i.  Howell, Buchan & Strong, Attorneys for Defendants Williams, Lola and Atteberry

  j.  Ethen R. Shapiro, Attorney for Defendants Singletary and Burgin

  k.  David W. Hughes, Attorney for Defendants Singletary and Burgin

  l.  Hill Ward Henderson, P.A., Attorneys for Defendants Singletary and Burgin

  m.  James M. Slater, Attorney for Plaintiff

  n.  Slater Legal PLLC, Attorneys for Plaintiff

  o.  James V. Cook, Attorney for Plaintiff

  p.  Law Office of James V. Cook, Attorneys for Plaintiff

**2. Each entity with publicly-traded shares or debt potentially affected by the outcome:**

None, though Nurse Burgin and Singletary were employed by Centurion at the time of the incidents framed in the Complaint.

**3.     Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:**

None.

**4.     Each person arguably eligible for restitution:**

Plaintiff Gernard Chestnut has brought this cause of action seeking damages.

## CERTIFICATE OF CONFLICTS OF INTEREST

Defendants certify that, except as disclosed, they are unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and will immediately notify the judge in writing within fourteen days after knowing of a conflict.

## CERTIFICATE OF SERVICE – CM/ECF

**I HEREBY CERTIFY** that on June 9, 2023, I electronically filed the foregoing with the Clerk of the Court by using the *CM/ECF* system, which will furnish a copy to all counsel of record.

        /s/ David W. Hughes
Ethen R. Shapiro (FBN 669881)
David W. Hughes (FBN 91482)
Hill Ward Henderson
P.O. Box 2231
Tampa, FL 33601-2231
(813)221-3900 / (813)221-2900 - facsimile
Ethen.shapiro@hwhlaw.com
David.hughes@hwhlaw.com
*Attorney for Defendants Katherine Burgin, RN and Roseanna Singletary*