UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GENARD DENEZ CHESTNUT,**

    **Plaintiff,**

v.                                           **Case 3:22-CV-1349-BJD-LLL**

**COLIN WILLIAMS, et al.**

    **Defendants,**

_____/

**<u>NOTICE OF APPEARANCE AND LEAD COUNSEL DESIGNATION</u>**

    The undersigned hereby files this Notice of Appearance as counsel of record for Defendants, ROBERT ATTEBERRY, STEVEN LOLA, and COLIN WILLIAMS, in the above-referenced case and hereby designates the undersigned attorney as lead counsel for Defendants, ROBERT ATTEBERRY, STEVEN LOLA, and COLIN WILLIAMS, in this case. Please direct all pleadings, correspondence, and other communications regarding this case to:

Lauren F. Strickland, Esq.
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Phone: (850) 877-7776
Email: Lauren@jsh-pa.com
*Lead Counsel*

                                                Respectfully submitted,

/s/ *Lauren F. Strickland*
Lauren F. Strickland, Esq.
Florida Bar No. 0070781
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Email: Lauren@jsh-pa.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing has been served on all counsel of record by CM/ECF on December 20, 2023.

/s/ *Lauren F. Strickland*
Lauren F. Strickland