UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.

COLIN WILLIAMS, et al.,
individually,

    Defendants.

Case No. 3:22-cv-1349-BJD-LLL

**PLAINTIFF'S NOTICE OF LEAD COUNSEL**

Plaintiff, through counsel, pursuant to Local Rule 2.02(a), hereby files his Notice of Lead Counsel Designation and identifies Attorney James V. Cook as Lead Counsel for the Plaintiff in this action.

Respectfully Submitted,  *s/James V. Cook*
JAMES V. COOK, ESQ.
Florida Bar Number 966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

Attorney for Plaintiff

I CERTIFY a true copy hereof was filed and served by CM/ECF on 12/21/23.

*s/James V. Cook*