UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GENARD DENEZ CHESTNUT,**

    Plaintiff,

v.                                        No. 3:22-cv-1349-BJD-LLL

**COLIN WILLIAMS, et al.,**

    Defendants.

_____/

## LIANE S. LABOUEF'S MOTION TO WITHDRAW

The undersigned hereby moves to withdraw as counsel of record for Defendants, ROBERT ATTEBERRY, STEVEN LOLA and COLIN WILLIAMS in the above-referenced case and states the following in support thereof:

1. The undersigned no longer works with Howell, Buchan & Strong.

2. Defendants, ROBERT ATTEBERRY, STEVEN LOLA and COLIN WILLIAMS have consented to the withdrawal.

3. Attorney Lauren F. Strickland, with Howell, Buchan & Strong will continue to appear in this case as lead counsel for Defendants. Therefore, this withdrawal will not cause any delays with deadlines or the trial.

4. All requirements of Local Rule 2.02 have been met.

1

WHEREFORE, the undersigned respectfully requests that this Court grant this motion and remove Liane S. LaBouef as counsel for Defendants, ROBERT ATTEBERRY, STEVEN LOLA and COLIN WILLIAMS.

Respectfully submitted,

*/s/ Liane S. LaBouef*
Liane S. LaBouef
Florida Bar No. 1025198
Howell, Buchan & Strong, P.A.
2898-6 Mahan Drive
Tallahassee, Florida 32308
(850) 877-7776
Liane@jsh-pa.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing has been served on all counsel of record by CM/ECF on January 5, 2024.

*/s/ Liane S. LaBouef*
Liane S. LaBouef