United States District Court
Middle District of Florida
Jacksonville Division

**GENARD DENEZ CHESTNUT,**

    Plaintiff,

v.                                                 **NO. 3:22-cv-1349-BJD-LLL**

**COLIN WILLIAMS, ET AL.,**

    Defendants.
_____

### Order Granting Motion to Withdraw as Counsel

Liane S. LaBouef, Esquire, moves to withdraw as counsel for defendants Atteberry, Lola, and Williams, doc. 41. There is no opposition to the withdrawal filed and the time for doing so has expired, defendants will continue to be represented by other counsel, and the requested withdrawal will not affect case management. Thus, the Court **grants** the motion, doc. 41; Attorney LaBouef is permitted to withdraw as counsel. The **clerk** is directed to amend the docket accordingly.

The parties are also reminded of the duty-to-confer and certification requirements of Local Rule 3.01(g)(1) and (2), which provide, "[b]efore filing a motion in a civil action . . . the movant must confer with the opposing party in a good faith

effort to resolve the motion" and attach a certification attesting to having satisfied that duty. **Future filings that do not comply may be denied.**

      **Ordered** in Jacksonville, Florida on January 31, 2024.

*[signature]*
LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
James Murray Slater, Esquire
James V. Cook, Esquire
Liane S. LaBouef, Esquire
Lauren F. Strickland, Esquire
Ethen Rubin Shapiro, Esquire
David William Hughes, Esquire