UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.                                                        Case No. 3:22-cv-1349-BJD-LLL

COLIN WILLIAMS, et al.,

    Defendants.
_____

## **ORDER**

The Court was advised that this case has settled. *See* Notice of Settlement (Doc. 45). Accordingly, it is

**ORDERED:**

1. The parties shall have until **April 29, 2024**, to file a joint motion for dismissal or other appropriate documents to close out the file.

2. If the parties do not file dismissal documents or request an extension of time to do so by April 29, 2024, this case will be dismissed without prejudice.

3.     The **Clerk** shall terminate all pending motions and close the file, subject to reopening upon the filing of a motion before the deadline.

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of February, 2024.

                                        BRIAN J. DAVIS
                                United States District Judge

caw 2/29
c:
Counsel of Record