UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.                                              No. 3:22-cv-1349-BJD-LLL

COLIN WILLIAMS, et al.,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, GENARD DENEZ CHESNUT, and Defendants, COLIN WILLIAMS, ROBERT BROWN, STEVEN LOLA, and ROBERT ATTEBERRY, by and through their undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice, with each party to bear its own attorney's fees and costs.

Dated this 29th day of April, 2024.

                                        Respectfully Submitted,

                                        */s/ James V. Cook*
                                        JAMES V. COOK, ESQ.
                                        Florida Bar Number 0966843
                                        Law Office of James Cook
                                        314 West Jefferson Street
                                        Tallahassee, FL 32301
                                        (850) 222-8080; 561-0836 fax
                                        cookjv@gmail.com
                                        *Attorney for Plaintiff*

/s/ Lauren F. Strickland
Lauren F. Strickland, Esq.
Florida Bar No. 0070781
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Email: Lauren@jsh-pa.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing has been served on all counsel of record by CM/ECF on April 29, 2024.

/s/ Lauren F. Strickland
Lauren F. Strickland