UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.                              Case No. 3:22-cv-1349-BJD-LLL

COLIN WILLIAMS, et al.,

    Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE

    Pursuant to the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 47), this case is **DISMISSED with prejudice**. The parties shall bear their own fees and costs. The **Clerk** shall enter judgment dismissing this case with prejudice and terminate all pending motions. The file shall remain closed.

    **DONE AND ORDERED** at Jacksonville, Florida, this 1st day of May, 2024.

_____
BRIAN J. DAVIS
United States District Judge

caw 4/30
c:
Counsel of Record